B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ugobe, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>20-1783043 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1125 E State St<br>Eagle, ID 83616<br><br>ZIP CODE 83616-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Ada | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)**                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ugobe, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:    - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box)<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).. |

B1 (Official Form 1) (1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ugobe, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Christine M. Salmi _____ Signature of Attorney for Debtor(s) Christine M. Salmi ISBA #5626 Bruce G. MacIntyre WSBA #18984 _____ Printed Name of Attorney for Debtor(s) Perkins Coie LLP _____ Firm Name 1201 Third Avenue Suite 4800 Seattle, WA 98101-3099 _____ Address 206-359-8000 Fax:206-359-9000 _____ Telephone Number Date 4/17 2009 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ X _____ Address _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Caleb Chung _____ Signature of Authorized Individual Caleb Chung _____ Printed Name of Authorized Individual CEO and Director _____ Title of Authorized Individual Date 4/17 2009 | |

## UGOBE, INC.

### RESOLUTION AUTHORIZING FILING OF PETITION
### UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE

The Board of Directors of Ugobe, Inc. has heard and considered the advantages and disadvantages of filing a petition for relief under the United States Bankruptcy Code, including the options of filing under Chapter 7 and Chapter 11. After due consideration, the following resolutions were adopted:

RESOLVED, that in the judgment of the Board of Directors, it appears to be desirable and in the best interests of the Company that the Company file a voluntary petition under Chapter 7 of the United States Bankruptcy Code, in accordance with the rules and regulations promulgated thereunder.

RESOLVED, that at such a time and upon such conditions as they deem appropriate, Caleb Chung, the Chief Executive Officer, and Doug Swanson, the President and Chief Operating Officer of the Company, are hereby authorized to execute and cause to be filed such a petition, in such a form as shall be prepared by counsel for the Company.

RESOLVED, that the officers and employees of the Company are hereby authorized to prepare, execute and file such additional documents, schedules, and certificates, and to take any and all other action as may be required or desirable in connection with or as a result of the filing of such voluntary petition.

RESOLVED, that the Company retain the law firm of Perkins Coie LLP to represent it as general bankruptcy counsel to the Company as Debtor in such Chapter 7 proceedings and all related proceedings.

RESOLVED, that the officers and employees of the Company are hereby authorized to prepare, execute and file such additional documents and pleadings, and to take any and all other action as may be required or desirable in order to evidence and obtain Bankruptcy Court approval of such retention.

I HEREBY CERTIFY THAT THE FOREGOING RESOLUTION WAS ADOPTED BY THE BOARD OF DIRECTORS OF UGOBE, INC. ON THIS DATE.

_____                    4/17/09
Caleb Chung, Board Secretary                        (Date)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re   Ugobe, Inc.                                             ,    Case No. _____

                                               Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 33 | 1,641,616.03 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 11 | | 368,987.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 92 | | 3,193,586.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 140 | | | |
| Total Assets | | | 1,641,616.03 | | |
| Total Liabilities | | | | 3,562,574.06 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Idaho

In re    Ugobe, Inc.                                          ,     Case No. _____

                                 Debtor          Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re     Ugobe, Inc.                                                      ,     Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   Ugobe, Inc. _____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Business Checking Account No. 7222 PO Box 63020 San Francisco, CA 94163 | - | 12,630.03 |
| | | Wells Fargo Merchant Checking Account No. 4447 PO Box 63020 San Francisco, CA 94163 | - | 0.00 |
| | | Wells Fargo Payroll Account No. 7230 PO Box 63020 San Francisco, CA 94163 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     12,630.03
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Ugobe, Inc.    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Vellod Plescheeva ul. 14a MC 127560 Moscow, Russia | - | 73,156.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    73,156.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attachment to Question 22 | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Tables, desks, chairs, other office furnishings cameras, projectors, laptop computers, etc., specialized equipment and Gypsy Suit, and other office equipment as listed on the Attachment to Question 28.<br><br>Value estimated. | - | 55,830.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tooling for Pleo located at Jetta Company Limited, Jetta House, 19 On Kim Street, Hong Kong | - | 1,500,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      1,555,830.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Ugobe, Inc.                                    ,          Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,641,616.03 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Ugobe Intellectual Property

**Patents**

2 Filed Utility Patents
      Method and System for Motion Captured Enhanced Animation (11/036,517)
      Robots with Autonomous Behavior (11/775,709)
1 Filed Provisional Utility Patent
      Autonomous Cell Phone (61/030,057)
10 Utility Patents could be filed with this Priority Date
2 Utility Patents ready to file
      Robotic Mobile Communication Device
      Personal Electronic Device Locomotion
1 Filed Design Patent
      Robotic Eye(Tobi)

60 Additional Invention Disclosures related to Artificial Life forms and Artificial Life form behaviors and implementations



# Ugobe, Inc.
## Trademark Status Chart
## March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|----------------------|-----------------|
| PLEO | United States | Application No. 77101747 | Class 28: Robotic toys; accessories for robotic toys, namely toy pet leashes, toy pet collars, charms for toy pet collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys; toy figures; dolls; stuffed and plush toys; puzzles; balls for playing games with robotic toys; costume masks | Extension Request or Statement of Use due 06/10/09 |
| PLEO | United States | Application No. 78560219 \n\n Registration No. 3428123 | Class 28: Hyper-real, interactive robotic dinosaurs | Section 8 & 15 Declaration due 05/13/14 \n\n Renewal due 05/13/18 |
| | United States | Application No. 77475776 | Class 9: Computer operating programs and computer operating systems; computer software development tools | Extension Request or Statement of Use due 09/17/09 |
| UGOBE | United States | Application No. 78560201 | Class 28: Transforming robotic toys that mimic lifelike movements and behavior | Extension Request or Statement of Use due 05/23/09 |
| UGOBE | United States | Application No. 77137150 | Class 28: Robotic toys; accessories for robotic toys, namely, toy pet leashes, toy pet collars, charms for toy pet collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys | 2nd Extension Request or Statement of Use due 07/01/09 |
| UGOBE LIFE FORMS | United States | Application No. 78803962 | Class 9: Robots for personal or hobby use; sound activated animatronic faces and figures \n\n Class 28: Toy robots | Abandoned per client's instructions 09/25/08 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE LIFE O/S | United States | Application No. 77137138 | <u>Class 9</u>:  Computer software, namely, computer operating systems | Abandoned per client's instructions 12/08 |
| PLEO | Australia | Application No. 1141888  Registration No. 1141888 | <u>Class 7</u>:  Robots in this class, machines and machine tools  <u>Class 9</u>:  Robots for personal or hobby use; sound activated animatronic faces and figures; computer operating systems; computer hardware and software; electronic equipment including electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser discs DVD's and CD's; computer and video games; encoded credit, debit and membership cards; non-printed publications (electronic); semiconductor devices containing recorded sound and/or video and/or images; apparatus for recording, reproduction or transmission of sound, data or images  <u>Class 28</u>:  Games, toys and playthings; dolls; robot toys; stuffed toys; sporting equipment in this class, playing cards, decorations for Christmas trees  <u>Class 38</u>:  Broadcasting services; telecommunications services; music, sounds, images, text, video and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet | Renewal due 10/17/16 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE | Australia | Application No. 1200101<br><br>Registration No. 1200101 | <u>Class 9</u>:  DVD's, CD-ROMS's; pre-recorded media; computer software; computer hardware; cell phones and related accessories<br><br><u>Class 16</u>:  Paper party decorations; books; greeting cards; calendars; stationery; pencils; pens; stickers; paper pennants<br><br><u>Class 21</u>:  Mugs; glass ware; dinner ware; pet carriers<br><br><u>Class 25</u>:  Clothing, footwear, headgear, and costumes<br><br><u>Class 28</u>:  Games, toys, sporting equipment, transforming robotic toys that mimic lifelike movements and behavior<br><br><u>*Class 38*</u>: *Computer on-line services, namely, providing on-line chat rooms, electronic bulletin boards and on-line forums for transmission of messages among users in the fields of toys and robotics.*<br><br><u>Class 41</u>:  Entertainment services<br><br><u>*Class 42*</u>: *Providing on-line technical support services, namely, troubleshooting of computer hardware and software problems; application service provider (ASP) featuring tools for programming of robotic toys.*<br><br>*(amendment requested 12/28/07)* | Use mark in Australia by 07/18/11<br><br>Renewal due 09/18/17 |
| UGOBE LIFE FORMS | Australia | Application No. 1126952<br><br>Registration No. 1126952 | <u>Class 9</u>:  Electronic equipment and apparatus; robots for personal or hobby use; sound activated animatronic faces and figures; games in this class<br><br><u>Class 28</u>:   Toys and play things in this class, including toy robots; games in this class, including electronic games | Use mark in Australia by 07/31/09<br><br>Renewal due 07/31/16 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE LIFE O/S | Australia | Application No. 1200102<br><br>Registration No. 1200102 | <u>Class 9</u>:  DVD's, CD-ROMS's; pre-recorded media; computer software; computer hardware; cell phones and related accessories<br><br><u>Class 16</u>:  Paper party decorations; books; greeting cards; calendars; stationery; pencils; pens; stickers; paper pennants<br><br><u>Class 21</u>:  Mugs; glass ware; dinner ware; pet carriers<br><br><u>Class 25</u>:  Clothing, footwear, headgear, and costumes<br><br><u>Class 28</u>:  Games, toys, sporting equipment, transforming robotic toys that mimic lifelike movements and behavior<br><br><u>Class 41</u>:  Entertainment services<br><br><u>Class 42</u>:  *Providing on-line technical support services, namely, troubleshooting of computer hardware and software problems; application service provider (ASP) featuring tools for programming of robotic toys*<br><br>*(Amendment requested 12/28/07)* | Use mark in Australia by 07/18/11<br><br>Renewal due 09/18/17 |



# Ugobe, Inc.
## Trademark Status Chart
## March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| PLEO | Canada | Application No. 1320743 | <u>Wares:</u>  Toy robots and dolls; hyper-real interactive robotic animals, reptiles and dinosaurs; robotic toys that mimic lifelike movements and behavior; transforming robotic toys and toy vehicles; gymnastic and sporting articles, namely balls, bats, hoops, nets, goals and gloves; electronic toys; stuffed toys; plastic kits for toy models; mobiles; play balloons; play balls; sound activated animatronic figures; pre-recorded audio and video recordings and cassettes; pre-recorded compact discs, laser discs, DVD's and CD's containing books, music, movies, computer games and/or photos; encoded credit, debit and membership cards; electronic newsletters and publications; downloadable sound bytes, text and images.<br><br><u>Services:</u>  Research, design, development, testing, upgrading, engineering and product improvement services, all relating to robots and toys; design, creation, writing and updating of software for robots; computer programming; licensing of robotic technology; technological consulting services; maintenance and updating of technical support websites and website portals; licensing of computer software and other intellectual property or proprietary materials | Declaration of Use and registration fee due 10/19/09 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|------------------------------|------------------------|-----------------|
| PLEO | Canada | Application No. 1357637 | Wares:  (1) Clothing, namely, tank tops, knit shirts, t-shirts, polo shirts, sweatshirts, jackets, fleece pullovers, rain slickers, rain ponchos, scarves, gloves, sleepwear, bathrobes, underwear, socks, pants, jeans, shorts; footwear, namely, athletic shoes; head gear, namely, hats, caps, visors; Halloween costumes; children's play costumes; Robotic toys; accessories for robotic toys, namely toy pet leashes, toy pet collars, charms for toy pet collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys; toy figures; dolls; stuffed and plush toys; puzzles; balls for playing games with robotic toys; costume masks; Backpacks; tote bags; Pet carriers; Umbrellas; Glass ware, namely, drinking glasses, mugs; dinner ware; Pre-recorded CDs and DVDs, namely entertainment productions about robotic toys and dinosaurs; Computer software for use in connection with robotic toys, namely, computer software that runs, programs and enhances the features and characteristics of robotic toys; electronic game software; phones and accessories for phones, namely accessory charms for cellular phones, cases for cellular phones.  Services:  (1) Entertainment services, namely, non-downloadable ringtones, pre-recorded music, video and graphics presented to mobile communications devices via a global computer network and wireless networks; on-line computer games; entertainment in the field of television shows; Computer on-line services, namely, providing on-line chat rooms, electronic bulletin boards and on-line forums for transmission of messages among users in the fields of toys and robotics; Application service provider (ASP)namely tools for programming of robotic toys; providing on-line technical support services, namely, troubleshooting of computer hardware and software problems. | Declaration of Use and registration fee due 07/30/10 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE | Canada | Application No. 1363552 | Wares:  1) Clothing, namely tank-tops,knit shirts, t-shirts, polo shirts, sweatshirts, jackets, fleece pullovers, rain slickers, rain ponchos, scarves, gloves, sleepwear, bathrobes, underwear, socks, pants, jeans, shorts; footwear, namely athletic shoes; head gear, namely hats, caps, visors; Halloween costumes, children's play costumes; Robotic toys; accessories for robotic toys, namely toy pet leashes, toy pet collars, charms for pet toy collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys; toy figures, dolls, stuffed and plush toy; puzzles; balls for playing games with robotic toys; costume masks; Backpacks; tote bags; Pet carriers; umbrellas; Glass ware, namely drinking glasses, mugs; dinner ware, namely plates, bowls; pre-recorded CDs and DVDs featuring entertainment materials about robotic toys and dinosaurs; Computer software for use in connection with robotic toys, namely computer software that runs, programs or enhances the features and characteristics of robotic toys; electronic game software; computer operating programs and computer operating systems; computer software platforms for robotics; computer software development tools; Hardware, namely handheld units for playing video games; chargers for robotic toys, video game control units, remote controls for stereos and MP3 players, audio speakers; Phones; accessories for phones, namely accessory charms for cellular phones, cases for cellular phones. | Declaration of Use and registration fee due 09/13/10 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | <u>Services</u>:  Entertainment services, namely non-downloadable ringtones, pre-recorded music, video and graphics presented to mobile communications devices via a global computer network and wireless networks; on-line computer games; entertainment in the nature of television shows; Computer on-line services, namely providing on-line chat rooms, electronic bulletin boards and on-line forums for transmission of messages among users in the fields of toys and robotics; application service provider (ASP) featuring tools for programming of robotic toys; providing on-line technical support services, namely troubleshooting of computer hardware and software problems. | |
| UGOBE LIFE FORMS | Canada | Application No. 1311039 | <u>Wares</u>:  Robots for personal or hobby use; sound activated animatronic faces and figures; toy robots<br><br><u>Services</u>:  Design of and research into robots and toys, updating of software in robots, operation of websites and licensing of robotic technology | Abandoned per client's instructions 09/25/08 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE LIFE O/S | Canada | Application No. 1363551 | Wares:  Computer software for use in connection with robotic toys, namely computer software that runs, programs or enhances the features and characteristics of robotic toys; electronic game software; computer operating programs and computer operating systems; computer software platforms for robotics; computer software development tools; hardware, namely handheld units for playing video games, chargers for robotic toys, video game control units, remote controls for stereos and MP3 players, audio speakers.<br><br>Services  Computer on-line services, namely providing on-line chat rooms, electronic bulletin boards and on-line forums for transmission of messages among users in the fields of toys and robotics; application service provider (ASP) featuring tools for programming of robotic toys; providing on-line technical support services, namely troubleshooting of computer hardware and software problems. | Abandoned per client's instructions 09/25/08 |
| PLE0 | China | Application No. | Class 28:   Robotic toys; accessories for robotic toys, namely, toy pet leashes, toy pet collars, charms for toy pet collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys | Awaiting final instructions from client |



# Ugobe, Inc.
## Trademark Status Chart
### March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE | China | Application No. | <u>Class 9</u>:   Computer software for use in connection with robotic toys, namely, computer software that runs, programs or enhances the features and characteristics of robotic toys; electronic game software; downloadable computer software for use in mobile phones; downloadable computer software for use in handheld electronic devices; chargers for robotic toys; handheld units for playing video games; batteries; pre-recorded CDs and DVDs featuring educational materials in the field of robotic toys; pre-recorded CDs and DVDs featuring entertainment materials about robotic toys<br><br><u>Class 28</u>:   Robotic toys; accessories for robotic toys, namely, toy pet leashes, toy pet collars, charms for toy pet collars, toy pet identification tags, toy pet carriers, toy pet beds; clothing for robotic toys | Awaiting final instructions from client |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| PLEO | European Community | Application No. 5388525

Registration No. 5388525 | Class 7:  Robots for personal or hobby use.

Class 9:  Computer operating systems; computer software; electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser discs DVD's and CD's; computer and video games; encoded credit, debit and membership cards; non-printed publications (electronic); semi-conductor devices containing recorded sound and/or video and/or images; music, sounds, images, text, video and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet.

Class 28:  Sound activated animatronic faces and figures; toy robots; hyper-real, interactive robotic animals, reptiles and dinosaurs; robotic toys that mimic lifelike movements and behaviour; transforming robotic toys and toy vehicles; robots for entertainment use; toys; games; playthings; gymnastic and sporting articles; electrical and electronic vehicles and robots; electronic toys; dolls; marionettes; puppets; stuffed toys; toy figures; plastic models; mobiles; model vehicles; parlor games and board games; play balloons; play balls; scale model vehicles; parts, fittings and accessories for all the aforesaid goods. | Use mark in the European Community by 11/02/12

Renew registration by 10/16/16 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | Class 42:  Research, design, development, testing, upgrading, engineering and product improvement services, all relating to robots and toys; design, creation, writing and updating of software for robots; computer programming; licensing of technology; technological consulting services; scientific and technological services and research and design relating thereto; industrial analysis and research services; maintenance and updating of technical support websites and website portals; licensing of computer software and other intellectual property or proprietary materials; application service provider services; information, consultancy and advisory services relating to all aforesaid services including such services provided on-line or via the Internet or extranets. | |
| PLEO | European Community | Application No. 6149991 | Class 16:  Books; cards; calendars; stationery;  pencils; pens; stickers; decorations; pennants  Class 18:  All purpose bags, backpacks; tote bags, pet carriers; umbrellas  Class 21:  Mugs; glass ware; dinner ware  Class 25:  Clothing, footwear and head gear; costumes | Abandoned per client's instructions 09/25/08 |
| UGOBE | European Community | Application No. 6300487  Registration No. 6300487 | Class 9:  DVD's, CD-ROM's; pre-recorded media; software; hardware; phones and related accessories; computer operating systems; computer software; electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser discs DVD's and CD's; computer and video games; encoded credit, debit and | Use mark in the European Union by 10/13/13  Renewal due 09/21/17 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | membership cards; non-printed publications (electronic); semi-conductor devices containing recorded sound and/or video and/or images; music, sounds, images, text, video and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet.<br><br>Class 28:  robotic toys that mimic lifelike movements and behavior; ty robots; hyper-real, interactive robotic animals, reptiles and dinosaurs; robotic toys that mimic lifelike movements and behaviour; transforming robotic toys and toy vehicles; robots for personal or hobby use; robots for entertainment use; toys; games; playthings; gymnastic and sporting articles; electrical and electronic vehicles and robots; electronic toys; dolls; marionettes; puppets; stuffed toys; toy figures; plastic models; mobiles; model vehicles; parlor games and board games; play balloons; play balls; scale model vehicles; parts, fittings and accessories for all the aforesaid goods; sound activated animatronics faces and figures.<br><br>Class 41: Entertainment services; education; providing of training; entertainment; sporting and cultural activities; production, presentation, syndication, provision of games and interactive games via mobile telephones, portable data appliances, television, the Internet or extranets; hire, leasing and rental of games; provision of information in the field of games, sport, entertainment, leisure and education on-line from a computer network or the Internet; information, consultancy and advisory services, all relating to the aforesaid, including such services provided online from a computer network or via the Internet or extranets.<br><br>Class 42: Computer on-line services; rsearch, design, development, testing, upgrading, engineering and product improvement services, all relating to robots and toys; design, creation, writing and updating of software for robots; computer programming; technological consulting services; scientific and | |



## Ugobe, Inc.
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | technological services and research and design relating thereto; industrial analysis and research services; maintenance and updating of technical support websites and website portals; application service provider services; information, consultancy and advisory services relating to all aforesaid services including such services provided on-line or via the Internet or extranets. | |
| UGOBE LIFE FORMS | European Community | Application No 5232392<br><br>Registration No 5232392 | Class 7:  Robots for personal or hobby use.<br><br>Class 9:  Computer operating systems; computer software; electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser discs DVD's and CD's; computer and video games; encoded credit, debit and membership cards; non-printed publications (electronic); semi-conductor devices containing recorded sound and/or video and/or images; music, sounds, images, text, video and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet.<br><br>Class 28:  Toy robots; hyper-real, interactive robotic animals, reptiles and dinosaurs; robotic toys that mimic lifelike movements and behaviour; transforming robotic toys and toy vehicles; robots for entertainment use; toys; games; playthings; gymnastic and sporting articles; electrical and electronic vehicles and robots; electronic toys; dolls; marionettes; puppets; stuffed toys; toy figures; plastic models; mobiles; model vehicles; parlor games and board games; play balloons; play balls; scale model vehicles; parts, fittings and accessories for all the aforesaid goods; sound activated animatronic faces and figures. | Use mark in the European Community by 08/10/12<br><br>Renewal due 07/31/16 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | Class 42:  Research, design, development, testing, upgrading, engineering and product improvement services, all relating to robots and toys; design, creation, writing and updating of software for robots; computer programming; licensing of technology; technological consulting services; scientific and technological services and research and design relating thereto; industrial analysis and research services; maintenance and updating of technical support websites and website portals; licensing of computer software and other intellectual property or proprietary materials; application service provider services; information, consultancy and advisory services relating to all aforesaid services including such services provided on-line or via the Internet or extranets. | |
| UGOBE LIFE O/S | European Community | Application No. 6300371 | Class 9:  DVD's, CD-ROM's; pre-recorded media; software; hardware; phones and related accessories; computer operating systems; computer software; electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser discs DVD's and CD's; computer and video games; encoded credit, debit and membership cards; non-printed publications (electronic); semi-conductor devices containing recorded sound and/or video and/or images; music, sounds, images, text, video and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet.<br><br>Class 16:  Decorations; books; cards; calendars; stationery; pencils; pens; stickers; pennants. | Application withdrawn per client's instructions 11/08 |



## Ugobe, Inc.
### Trademark Status Chart
### March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | Class 21:  Mugs; glass ware; dinner ware; domestic and household utensils and containers; glassware; chinaware; ceramic ware, earthenware and enamelware; trays; combs and cases therefore; sponges; loofahs; candle sticks; candelabras; brushes; condiment sets; salt mills; pepper mills; coasters; corkscrews; shoe horns; tooth brushes; tooth picks; picnicware; flasks; cool boxes; wine coolers; bins; napkin rings; hand operated coffee grinders; woks; jugs, measuring jugs; decorative objects made of china, glass, ceramics, earthenware or porcelain; plant holders, flower pots, statuettes and urns; parts and fittings for all the aforesaid goods.<br><br>Class 25:  Clothing, footwear and head gear; costumes.<br><br>Class 28:  Games, toys and sporting goods; transforming robotic toys that mimic lifelike movements and behavior; ty robots (sic); hyper-real, interactive robotic animals, reptiles and dinosaurs; robotic toys that mimic lifelike movements and behaviour; transforming robotic toys and toy vehicles; robots for personal or hobby use; robots for entertainment use; toys; games; playthings; gymnastic and sporting articles; electrical and electronic vehicles and robots; electronic toys; dolls; marionettes; puppets; stuffed toys; toy figures; plastic models; mobiles; model vehicles; parlor games and board games; play balloons; play balls; scale model vehicles; parts, fittings and accessories for all the aforesaid goods; sound activated animatronics' faces and figures.<br><br>Class 41:  Entertainment services; education; providing of training; entertainment; sporting and cultural activities; production, presentation, syndication, provision of games and interactive games via mobile telephones, portable data appliances, television, the Internet or extranets; hire, leasing and rental of games; provision of information in the field of games, sport, entertainment, leisure and education on-line from a computer network or the Internet; information, consultancy and | |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|----------------------|-----------------|
| | | | advisory services, all relating to the aforesaid, including such services provided online from a computer network or via the Internet or extranets.<br><br>Class 42:  Computer on-line services; research, design, development, testing, upgrading, engineering and product improvement services, all relating to robots and toys; design, creation, writing and updating of software for robots; computer programming; licensing of technology; technological consulting services;  scientific and technological services and research and design relating thereto; industrial analysis and research services; maintenance and updating of technical support websites and website portals; licensing of computer software and other intellectual property or proprietary materials; application service provider services; information, consultancy and advisory services relating to all aforesaid services including such services provided on-line or via the Internet or extranets.<br><br>Class 45:  Licensing of technology; licensing of computer software and other intellectual property or proprietary materials | |
| PLEO | Hong Kong | Application No. 300923382<br><br>Registration No. 300923382 | Class 25:  Clothing, footwear and headgear; costumes | Use mark in Hong Kong by 08/01/11<br><br>Renewal due 01/07/18 |
| PLEO | Hong Kong | Application No. 300744606<br><br>Registration No. 300744606 | Class 9:  Computer operating systems; computer software; electronic and electromechanical robotic mechanisms; actuators for use in the manufacture of robots, robotic devices, toys, robotic pets and consumer electronic products; components of the aforementioned robots, namely, controllers, sensing devices, computer network interfaces, semiconductors and computer software for controlling robots and toys; parts, fittings and accessories for all the aforesaid goods; motion picture films; audio and video recordings and cassettes; compact discs, laser | Use in Hong Kong by 10/20/09<br><br>Renewal due 10/19/16 |



# Ugobe, Inc.
## Trademark Status Chart
### March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | discs, DVD's and CD's; computer and video games; encoded credit, debit and membership cards; non-printed publications (electronic); semi-conductor devices containing recorded sound and/or video and/or images; downloadable music, sounds, images, text and video provided by telecommunications networks, by online delivery or by way of the Internet<br><br>Class 28:  Gymnastic and sporting articles not included in other classes; decorations for Christmas trees; games, toys and playthings; toy robots for personal or hobby use; sound activated animatronic faces and figures (toys). | |
| UGOBE | Hong Kong | Application No. 300953866<br><br>Registration No. 300953866 | Class 9:  DVD's, CD-ROM's; pre-recorded media; software; hardware; phones and related accessories<br><br>Class 25:  Clothing, footwear and head gear; costumes<br><br>Class 28:  Games, toys and sporting goods<br><br>Class 42:  Computer on-line services | Use mark in Hong Kong by 9/13/10<br><br>Renewal due 09/12/17 |
| UGOBE LIFE FORMS | Hong Kong | Application No.: 300691704<br><br>Registration No. 300691704 | Class 9:  Robots for personal or hobby use; sound activated animatronic faces and figures in International Class 9; scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin operated apparatus; cash registers; calculating machines, data processing equipment and computers; fire-extinguishing apparatus.<br><br>Class 28: Toy robots in International Class 28; games and playthings; gymnastic and sporting articles not included in other classes; decorations for Christmas trees | Use mark in Hong Kong by 02/14/10<br><br>Renewal due 07/30/16 |



# Ugobe, Inc.
## Trademark Status Chart
## March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|------------------------|-----------------|
| UGOBE LIFE O/S | Hong Kong | Application No. 300953857<br><br>Registration No. 300953847 | Class 9:  DVD's, CD-ROM's; pre-recorded media; software; hardware; phones and related accessories | Use mark in Hong Kong by 09/13/10<br><br>Renewal due 09/12/17 |
| PLEO | Japan | Application No. 2007-084449 | Classes 16:  Pencils, pens, stickers, stationery and study materials; decorations of paper, pennants of paper.<br><br>Class 41:  Educational and instruction services relating to arts, crafts, sports or general knowledge; planning arrangement of showing movies, shows, plays or musical performances movie showing, movie film production, or movie film distribution; production of video tape film in the fields of education, culture, entertainment or sports [not for movies, radio or television programs and not for advertising and publicity]; providing facilities for movies, shows, plays, music or educational training; rental of cinematographic machines and apparatus, rental of cine-films; rental of toys, rental of amusement machines and apparatus, rental of game machines and apparatus; entertainment services; providing images and music via computer on-line services, entertainment services provided via computers online | Abandoned per client's instructions 09/25/08 |
| PLEO | Japan | Application No. 2006-101791<br><br>Registration No. 5153650 | Class 9:  Entertainment robots (except for those falling in Class 7, 10 or 28), computer software to enable and operate sensor activated animatronic faces and figures; computer operating systems; computer software; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity for use in controlling robots, robotic devices, toys, robotic pets and consumer electronic products; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity for controllers, sensing devices for controlling robots and toys, computer network interfaces, semiconductors, computer and computer software for controlling robots and toys; audio | Use mark in Japan 7/25/11<br><br>Renewal due 7/25/18 |



# Ugobe, Inc.
## Trademark Status Chart
## March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|------------------------|-----------------|
| | | | recordings and cassettes; compact discs, laser discs, DVD's and CD's (except for which image is recorded); computer and video games; encoded credit, debit and membership cards; semi-conductor devices containing recorded sound, music, sounds, and other media or multimedia provided by telecommunications networks, by online delivery or by way of the Internet.<br><br>Class 28:  Toys and playthings; robots for personal or hobby use; dolls; electronic and electromechanical robotic toys; radio-controlled walking toy robots; toy robots; parts, fittings and accessories for all the aforesaid goods; machines and instruments for amusement parks (exclusive of arcade video games machines); insect collecting goods. | |
| UGOBE | Japan | Application No. 2007-99499<br><br>Registration No. 5167407 | Class 9:  DVD's, CD-ROM's, pre-recorded media, computer software, computer hardware,  cell phones and related accessories; entertainment robots (except for those falling in Class 7, 10 or 28); computer software to enable and operate sensor activated animatronic faces and figures; photographic instruments and apparatus, cinematographic instruments and apparatus, optical apparatus and instruments; batteries and cells; telecommunication devices and apparatus; electronic machines, apparatus and their parts; phonograph records, metronomes, electronic circuits and CD-ROMs recorded automatic performance programs for electronic musical instruments, downloadable music files; exposed cinematographic films, exposed slide films, slide film mounts, downloadable image files, recorded video discs and video tapes<br><br>Class 16:  Paper party decorations, books, greeting cards, calendars, stationery, pencils, pens, stickers, paper pennants; printed matter<br><br>Class 18:  Bags, pet carriers, umbrellas; clothing for domestic pets | Use mark in Japan 09/19/11<br><br>Renewal due 09/19/18 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|-----------------------|-----------------|
|  |  |  | <u>Class 21</u>:  Mugs, glass ware, dinner ware, industrial packaging containers of glass or porcelain; ice pails, whisks (non-electric), cooking strainers, pepper pots, sugar bowls, salt shakers, egg cups, napkin holders, napkin rings, trays, toothpick holders, colanders, shakers, Japanese style cooked rice scoops (Shamoji), hand-operated coffee grinders and pepper mills, cooking funnels, Japanese style wooden pestles (Surikogi), Japanese style earthenware mortars (Suribachi), Japanese style personal dining trays or stands (Zen), bottle openers, cooking graters, tart scoops, pan-mats, chopsticks, chopstick cases, ladles and dippers, cooking sieves and sifters, chopping boards for kitchen use, rolling pins (for cooking purposes), grills (cooking utensils), toothpicks, lemon squeezers (citrus juicers), waffle irons (non-electric), cleaning tools and washing utensils<br><br><u>Class 25</u>:  Clothing, footwear, head gear and costumes; clothes for sports, boots for sports (other than "horse-riding boots")<br><br><u>Class 28</u>:  Games, toys and sporting goods; transforming robotic toys that mimic lifelike movements and behavior; dolls<br><br><u>Class 41</u>:  Entertainment services; educational and instruction services relating to arts, crafts, sports or general knowledge; planning arrangement of showing movies, shows, plays or musical performances; movie showing, movie film productions, or movie film distribution; production of video tape film in the fields of education, culture, entertainment or sports (not for movies, radio or television programs and not for advertising and publicity); providing facilities for movies, shows, plays, music or educational training; rental of cinematographic machines and apparatus, rental of cine-films; rental of toys, rental of amusement machines and apparatus, rental of game machines and apparatus<br><br><u>Class 42</u>:  *Providing on-line technical support services, namely, troubleshooting of computer hardware and software problems;* |  |



# Ugobe, Inc.
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | *application service provider (ASP) featuring tools for programming of robotic toys*<br><br>*(as amended 12/28/07)* | |
| UGOBE LIFE FORMS | Japan | Application No. 2006-070848<br><br>Registration No. 5049932 | Class 9:  Entertainment robots (except for those falling in Class 7, 10 or 28); computer software to enable and operate sensor activated animatronic faces and figures; photographic apparatus and instruments, motion picture apparatus and instruments, optical apparatus and instruments; batteries; electrical communication machines and instruments; electronic machines and instruments and parts thereof; records, metronomes, electronic circuits, and CD-ROMs recorded automatic performance programs for electronic musical instruments<br><br>Class 28:  Robots for personal or hobby use; toy robots; toys, dolls | Use mark in Japan by 05/25/10<br><br>Renewal due 05/25/17 |
| UGOBE LIFE O/S | Japan | Application No. 2007-99498<br><br>Registration No. 5139172 | Class 9:  DVD's, CD-ROM's, pre-recorded media, computer software, computer hardware,  cell phones and related accessories; entertainment robots (except for those falling in Class 7, 10 or 28); computer software to enable and operate sensor activated animatronic faces and figures; photographic instruments and apparatus, cinematographic instruments and apparatus, optical apparatus and instruments; batteries and cells; telecommunication devices and apparatus; electronic machines, apparatus and their parts; phonograph records, metronomes, electronic circuits and CD-ROMs recorded automatic performance programs for electronic musical instruments, downloadable music files; exposed cinematographic films, exposed slide films, slide film mounts, downloadable image files, recorded video discs and video tapes<br><br>Class 16:  Paper party decorations, books, greeting cards, calendars, stationery, pencils, pens, stickers, paper pennants; printed matter | Check status certificate of registration 04/15/09 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | <u>Class 18</u>: Bags, pet carriers; umbrellas; clothing for domestic pets<br><br><u>Class 21</u>: Mugs; glass ware, dinnerware, industrial packaging containers of glass or porcelain; ice pails, whisks (non-electric), cooling strainers, pepper pots, sugar bowls, salt shakers, egg cups, napkin holders, napkin rings, trays, toothpick holders, colanders, shakers, Japanese style cooked rice scoops (Shamoji), hand-operated coffee grinders and pepper mills, cooking funnels, Japanese style wooden pestles (Surikogi), Japanese style earthenware mortars (Suribachi), Japanese style personal dining trays or stands (Zen), bottle openers, cooking graters, tart scoops, pan-mats, chopsticks, chopstick cases, ladles and dippers, cooking sieves and sifters, chopping boards for kitchen use, rolling pins (for cooking purposes), grills (cooking utensils), toothpicks, lemon squeezers (citrus juicers), waffle irons (non-electric), cleaning tools and washing utensils<br><br><u>Class 25</u>: Clothing, footwear and head gear and costumes; clothes for sports, boots for sports (other than "horse-riding boots")<br><br><u>Class 28</u>: Games, toys and sporting goods; transforming robotic toys that mimic lifelike movements and behavior; dolls<br><br><u>Class 41</u>: Entertainment services; educational and instruction services relating to arts, crafts, sports or general knowledge; planning arrangement of showing movies, shows, plays or musical performances; movie showing, movie film productions, or movie film distribution; productions of video tape film in the fields of education, culture, entertainment or sports (not for movies, radio or television programs and not for advertising and publicity); providing facilities for movies, shows, plays, music or educational training; rental of cinematographic machines and apparatus, rental of cine-films; rental of toys, rental of amusement machines and apparatus, rental of game machines | |



# Ugobe, Inc.
## Trademark Status Chart
## March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| | | | and apparatus<br><br>Class 42: *Rental of computers; providing computer programs*<br><br>*(as amended 12/28/07)* | |
| PLEO | South Korea | Application No. 40-2006-0052886<br><br>Registration No. 725200 | Class 28: Toy robots; board games; trading card games; remote control toys; plastic toys; mobiles; mannequin dolls; mascot dolls; finger dolls; stuffed dolls; stuffed animals | Use mark in South Korea by 10/05/10<br><br>Renewal due 10/05/17 |
| UGOBE | South Korea | Application No. 45-2007-4191<br><br>Registration No. 45-25169 | Class 28: Games, toys, sporting equipment, and transforming robotic toys that mimic lifelike movements and behavior | Use mark in South Korea by 10/29/11<br><br>Renewal due 10/29/18 |
| UGOBE LIFE FORMS | South Korea | Application No. 40-2006-0039267<br><br>Registration No. 40-756194 | Class 7: Sensor activated artificial faces for cinematographs (automatically manipulated robots); sensor activated artificial faces for recreation (automatically manipulated robots); Sensor activated artificial faces(automatically manipulated robots); Sensor activated artificial figures for cinematographs (recreation) (automatically manipulated robots); Sensor activated artificial figures for recreation (automatically manipulated robots); and Sensor activated artificial figures (automatically manipulated robots).<br><br>Class 9: Toy robots for hobby use, toy robots | Use mark in South Korea by 08/06/11<br><br>Renewal due 08/06/18 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE LIFE O/S | South Korea | Application No. 45-2007-4160 | <u>Class 9</u>:  DVD's, CD-ROM's, pre-recorded optical disks; computer software; computer hardware; cases for cell phones and accessory charms for cell phones<br><br><u>Class 16</u>:  Paper ribbons for parties; paper flags for parties paper pennants for parties; paper boxes for parties and paper napkins for parties; books; greeting cards; calendars;  stationery; pencils; pens; stickers of paper for interior decoration<br><br><u>Class 18</u>:  All purpose bags; backpacks; tote bags; bags for carrying pets; umbrellas<br><br><u>Class 21</u>:  Glass cups; tableware of glass; dinner ware<br><br><u>Class 25</u>:  Tank tops, knit shirts, t-shirts, polo shirts, sweatshirts, jackets, fleece pullovers, rain slickers, rain ponchos, scarves, winter gloves, mittens, gloves for clothing, sleepwear, bathrobes, underwear, socks, pants, blue jean pants, shorts, Halloween costumes<br><br><u>Class 28</u>:  Games, toys, sporting equipment, and transforming robotic toys that mimic lifelike movements and behavior<br><br><u>Class 41</u>:  Entertainment in the nature of television shows; entertainment services, namely, non-downloadable ringtones, pre-recorded music, video and graphics presented to mobile communications devices via a global computer network and wireless networks; on-line computer games.<br><br><u>Class 42</u>:  On-line computer software consulting services; on-line computer hardware consulting services; on-line computer software repair; application software rental services featuring programs for programming of robotic toys<br><br>*As amended 04/24/08* | Abandoned per client's instructions 09/25/08 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|------|---------|-------------------------------|------------------------|-----------------|
| PLEO | Taiwan | Application No. 096036543<br><br>Registration No. 1304472 | Class 25:  Clothing, footwear, headwear and costumes. | Use mark in Taiwan by 03/16/11<br><br>Renewal due 03/15/18 |
| PLEO | Taiwan | Application No. 095052589<br><br>Registration No. 01273742 | Class 9:  Electronic, computer, and video game software; electric and video game software; electric and video game machines (connected with televisions and computers).<br><br>Class 28:  Games, toys, and playthings; gymnastic and sporting articles not included in other classes; toy robots and dolls; interactive robotic toys; stuffed toys; plastic models; electronic and video game machines (not connected with televisions and computers). | Use mark in Taiwan by 08/01/10<br><br>Renewal due 07/31/17 |
| UGOBE | Taiwan | Application No. 096044878 | Class 28:   Games, toys and sporting goods; transforming robotic toys that mimic lifelike movements and behavior. | Check status of certificate of registration 07/16/09 |
| UGOBE LIFE FORMS | Taiwan | Application No. 095039205<br><br>Registration No. 1285195 | Class 9:   Activated sensors for animatronic faces and figures; computer hardware; computer software; electric game instruments connected with computers; signal wires; signal switchers; chips, interface cards; integrated circuits; sensors | Use mark in Taiwan by 11/01/10<br><br>Renewal due 10/31/17 |
| UGOBE LIFE FORMS | Taiwan | Application No. 095039203<br><br>Registration No. 01266740 | Class 28:  Toy robots; utensils for game play; electric mechanism for amusement parks; automatic or coin-activated arcade machines; robots for entertainment use | Use mark in Taiwan by 06/16/10<br><br>Renewal due 06/15/17 |



**Ugobe, Inc.**
Trademark Status Chart
March 2009

| MARK | COUNTRY | APPLICATION/ REGISTRATION NO. | CLASS/GOODS/ SERVICES | NEXT ACTION DUE |
|---|---|---|---|---|
| UGOBE LIFE O/S | Taiwan | Application No. 096044879 | Class 25:  Clothing, footwear and head gear; costumes; entertainment services; computer on-line services; games, toys and sporting goods; decorations; all purpose bags; backpacks; tote bags; pet carriers; umbrellas; books; cards; calendars; stationery; mugs; glass ware; dinner ware; pencils; pens; stickers; decorations; pennants; DVD's, CD-ROM's; pre-recorded media; software; hardware; phones and related accessories; linens; and sleeping bags | Abandoned per client's instructions 09/25/08 |

### Ugobe Office Equipment and Furnishings

Ugobe Computer assets

|  |  | Qty | Estimated Value Each | Total Estimated Value |
|---|---|---|---|---|
| Laptops |  | 17 | $300 | $5,100 |
| Desktops |  | 24 | $300 | $7,200 |
| Cameras |  | 2 | $700 | $1,400 |
| Projectors |  | 2 | $200 | $400 |
| Monitors |  | 37 | $100 | $3,700 |
| Printers |  | 6 | $150 | $900 |
| equip. |  |  |  |  |
|  | bk power sup | 7 | $100 | $700 |
|  | mastech pwr sup | 1 | $75 | $75 |
|  | adam scale | 1 | $50 | $50 |
|  | omega os53xr | 1 | $300 | $300 |
|  | tex scope 2024b | 1 | $300 | $300 |
|  | cadex 7200 | 1 | $500 | $500 |
|  | imada torque guage | 2 | $500 | $1,000 |
| Tables | assorted | 31 | $20 | $620 |
| Files | 2x | 61 | $15 | $915 |
|  | 4x | 20 | $25 | $500 |
| desks |  | 37 | $25 | $925 |
| chairs | good | 39 | $20 | $780 |
|  | not so good | 99 | $10 | $990 |
| couch |  | 2 | $400 | $800 |
| Herman Miller |  |  |  |  |
|  | tri-cube | 3 | $300 | $900 |
|  | wall pieces | 18 | $50 | $900 |
| mini refridge |  | 1 | $100 | $100 |
| picnic tbl | rnd w/umbrella | 3 | $50 | $150 |
| picnic tbl | folding | 1 | $5 | $5 broken |
| kitchen refer. |  | 1 | $150 | $150 |
| micrwave |  | 2 | $50 | $100 |
| grilpro bbq |  | 1 | $700 | $700 |
| charbroil bbq |  | 1 | $150 | $150 |
| hand truck |  | 1 | $50 | $50 |
| ladders |  | 2 | $50 | $100 |
| cabinet |  | 2 | $25 | $50 |
| Gypsy suit |  | 1 | $25,000 | $25,000 |
| dry erase boards |  | 3 | $40 | $120 |
| dry erase boards w/printer |  | 1 | $200 | $200 |
|  | total valuation |  |  | $55,830 |

B6D (Official Form 6D) (12/07)

In re   Ugobe, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

___0___ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re     Ugobe, Inc.                                                                              ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____10_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,        Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 4/14/2009 | | | | | |
| Allan, Calvin 615 N. 18th St Boise, ID 83702 | | - | | Employee/Wages, PTO | | | | 4,868.16 | 0.00 4,868.16 |
| Account No. | | | | 4/14/2009 | | | | | |
| Bates, Callie 1248 E Pisa St Meridian, ID 83642 | | - | | Employee/Wages, PTO | | | | 207.72 | 0.00 207.72 |
| Account No. | | | | 4/14/2009 | | | | | |
| Cahoon, James 12525 Bowmont Ct Boise, ID 83716 | | - | | Employee/Wages, PTO | | | | 9,892.67 | 0.00 9,892.67 |
| Account No. | | | | 4/14/2009 | | | | | |
| Demaree, Julia 2200 West Crown Pointe Nampa, IL 83651 | | - | | Employee/Wages, PTO | | | | 1,569.50 | 0.00 1,569.50 |
| Account No. | | | | 4/14/2009 | | | | | |
| Ens, Gerry 122 W Crestline Drive Boise, ID 83702 | | - | | Employee/Wages, PTO | | | | 4,569.48 | 0.00 4,569.48 |

Sheet  1   of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 21,107.53 | 21,107.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gleaton, Joshua<br>1315 W. Hays St.<br>Boise, ID 83702 | - | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 2,025.00 | 0.00<br><br>2,025.00 |
| Account No.<br><br>Gregson, Dan<br>297 Yellowpine Place<br>Eagle, ID 83616 | - | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 5,942.07 | 0.00<br><br>5,942.07 |
| Account No.<br><br>Hunt, Casey<br>897 N Maple Grove Rd<br>Apt 204<br>Boise, ID 83704-1003 | - | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 3,433.82 | 0.00<br><br>3,433.82 |
| Account No.<br><br>Laun, Eric<br>(Bluebird software)<br>739 Hillcrest<br>Monrovia, CA 91016 | - | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 5,535.11 | 0.00<br><br>5,535.11 |
| Account No.<br><br>Le, Trang<br>8146 Canyon Creek Dr<br>Pleasanton, CA 94588 | - | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 2,828.31 | 0.00<br><br>2,828.31 |

Sheet  2  of  10  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 19,764.31 | 19,764.31 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  Ugobe, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/14/2009 | | | | | | |
| Lundberg, John 1085 N. Beachwood Place Eagle, ID 83616 | | - | Employee/Wages, PTO | | | | 9,743.24 | 0.00 | 9,743.24 |
| Account No. | | | 4/14/2009 | | | | | | |
| McCracken, Larry 1491 Medallion Drive San Jose, CA 95120 | | - | Employee/Wages, PTO | | | | 9,411.38 | 0.00 | 9,411.38 |
| Account No. | | | 4/14/2009 | | | | | | |
| McVey, John 10740 W. Pattie Street Boise, ID 83713 | | - | Employee/Wages, PTO | | | | 9,182.64 | 0.00 | 9,182.64 |
| Account No. | | | 4/14/2009 | | | | | | |
| Moye, Lawrence | | - | Employee/Wages, PTO | | | | 2,960.40 | 0.00 | 2,960.40 |
| Account No. | | | 4/14/2009 | | | | | | |
| Page, David 25145 CheRanda Lane Middleton, ID 83644 | | - | Employee/Wages, PTO | | | | 6,982.39 | 0.00 | 6,982.39 |

Sheet __3__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 38,280.05 | | 38,280.05 |

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. Richter, Ronald J. 5736 N. Collister Boise, ID 83703 | - | | | 4/14/2009 Employee/Wages, PTO | | | | 4,431.02 | 0.00 | 4,431.02 |
| Account No. Sosoka, John 1537 N. Watson Way Eagle, ID 83616-7015 | - | | | Employee, founder, CTO/ 3 months severance per Employee contract | | | | 14,603.40 | 3,653.40 | 10,950.00 |
| Account No. Suarez, Rafael | - | | | 4/14/2009 Employee/Wages, PTO | | | | 3,366.33 | 0.00 | 3,366.33 |
| Account No. Swanson, Douglas A. 3552 W. Dearfield Dr Eagle, ID 83616 | - | | | 4/14/2009 Employee/Wages, PTO | | | | 3,406.20 | 0.00 | 3,406.20 |
| Account No. Wang, Ellen 6 Marlin Cv Oakland, CA 94618-2323 | - | | | 4/14/2009 Employee/Wages, PTO | | | | 13,414.32 | 2,464.32 | 10,950.00 |

Sheet __4__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | 6,117.72 |
|---|---|---|---|
| | | 39,221.27 | 33,103.55 |

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Williams, Stephanie<br>9250 Leavitt Street<br>Boise, ID 83704 | - | | | 2/18/2009<br><br>Employee/Wages, PTO | | | | 2,165.00 | 0.00<br><br>2,165.00 |
| Account No.<br><br>Wilson, Tyler W.<br>6776 Warboy Rd<br>Byron, NY 14422 | - | | | 4/14/2009<br><br>Employee/Wages, PTO | | | | 11,306.31 | 356.31<br><br>10,950.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  5   of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 13,471.31 | 356.31<br>13,115.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc. _____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 12/10/2008 | | | | | | |
| Ada County Treasurer P.O. Box 2868 Boise, ID 83701 | - | | | Government | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | | | |
| Alameda Dept of Child Support Services CA State Disbursement Unit W. Sacramento, CA 95798 | - | | | Government | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | 10/22/2008 | | | | | | |
| Board of Equalization P.O. Box 942879 Sacramento, CA 94287 | - | | | Taxes | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | | | |
| California Department of Corporations 320 W. Fourth suite 750 Los Angles, CA 90013 | - | | | Government | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | | | |
| California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 | - | | | Government | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |

Sheet _6__ of _10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                                     ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | | | |
| Account No.<br><br>City of Emeryville Finance Department<br>1333 Park Avenue<br>Emeryville, CA 94608 | | - | | 4/1/2009<br><br>Government | | | | 10.00 | 0.00 | 10.00 |
| Account No.<br><br>Commonwealth of Pennsylvania<br>GREAT BRITAIN | | - | | 4/22/2008<br><br>Government | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Delaware Franchise Tax Agent<br>Delaware Franchise Tax Agent | | - | | 4/22/2008<br><br>Taxes | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Delaware Secretary of State Vendor #51-6<br>1209 Orange Street<br>Wilmington, DE 19801 | | - | | 6/1/2009<br><br>Taxes | | | | 236,053.00 | 225,103.00 | 10,950.00 |
| Account No.<br><br>Department of Corporations<br>1515 K Street, Suite 200<br>Sacramento, CA 95814-4052 | | - | | 4/22/2008<br><br>Government | | | | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sheet _7_ of _10_ continuation sheets attached to | Subtotal | 225,103.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    236,063.00 | 10,960.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                            ,    Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Department of Finance, State of Idaho<br>P.O. Box 83720<br>Boise, ID 83720-0031 | - | | 4/22/2008<br><br>Government | | | | <br><br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>Department of Financial Institutions<br>Securities Division<br>Olympia, WA 98507 | - | | 4/22/2008<br><br>Government | | | | <br><br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>Department of Labor & Economic Growth<br>Ofc. of Financial & Ins.<br>Svs./Securities | - | | 4/22/2008<br><br>Government | | | | <br><br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0551 | - | | 4/22/2008<br><br>Taxes | | | | <br><br><br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>Idaho Dept of Commerce & Labor<br>317 W. Main Street<br>Boise, ID 83735-0610 | - | | 4/22/2008<br><br>Government | | | | <br><br><br><br>0.00 | 0.00<br><br>0.00 |

Sheet  8   of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc.                                                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Idaho State Tax Commission<br>PO Box 76<br>Boise, ID 83707 | - | | 10/17/2008<br><br>Taxes | | | | 0.00 | | 0.00<br><br>0.00 |
| Account No.<br><br>Internal Revenue Service | - | | 4/22/2008<br><br>Taxes | | | | 0.00 | | 0.00<br><br>0.00 |
| Account No.<br><br>Labor Commissioner, State of California<br>1515 Clay st #801<br>Oakland, CA 94612-1499 | - | | 4/10/2009<br><br>Labor/Wages | | | | 1,080.00 | | 0.00<br><br>1,080.00 |
| Account No.<br><br>Register of Copyrights<br>PO Box 70400<br>Washington, DC 20024 | - | | 4/22/2008<br><br>Government | | | | 0.00 | | 0.00<br><br>0.00 |
| Account No.<br><br>Secretary of State - State of CA<br>Stmt of Information Unit<br>Sacramento, CA 94244 | - | | 4/22/2008<br><br>Government | | | | 0.00 | | 0.00<br><br>0.00 |

Sheet _9_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 | |
|---|---|
| 1,080.00 | 1,080.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/22/2008 | | | | | |
| State Board of Equalization | | - | Taxes | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | 4/22/2008 | | | | | |
| State of New Jersey, Bureau of Securitie P.O. Box 47029 Newark, NJ 07101 | | - | Government | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | 4/24/2008 | | | | | |
| US Department of State National Passport Processing Philadelphia, PA 19101 | | - | Government | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 368,987.47 | 231,577.03 / 137,410.44 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Ugobe, Inc.                                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>4syth Group, Inc.<br>120 Teresita Way<br>Los Gatos, CA 95032 | - | | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Abbott, Lisa<br>4101 Lyman Rod<br>Oakland, CA 94602 | - | | | | 1/30/2009<br>Ex-Employee | | | | 0.00 |
| Account No. 3203<br><br>AccessLine Communications<br>Department LA 22266<br>Pasadena, CA 91185-2266 | - | | | | 2/25/2009<br>Trade | | | | 217.28 |
| Account No.<br><br>AccuServe Inc.<br>1040 Avenue of the Americas<br>Suite 2400<br>New York, NY 10018 | - | | | | 4/22/2008<br>Trade | | | | 0.00 |

__91__ continuation sheets attached

Subtotal
(Total of this page)                                                    217.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:24121-090414   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc. _____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1025 ACG 6130 Stoneridge Mall Rd. Suite 225 Pleasanton, CA 94608 | - | | 2/3/2009 Trade | | | X | 5,080.00 |
| Account No. 3420 Actebis Peacock GmbH Graf-Zeppelin-Str.9 D-33181 Bad Wunnenberg-Haaren GERMANY | - | | 12/17/2008 Trade; Claim amount converted from Euros 4/16/09 at Oanda.com | | | | 20,309.60 |
| Account No. Active Office Furniture 4557 W. Chinden Blvd Boise, ID 83714-4753 | - | | 4/22/2008 Trade | | | | 0.00 |
| Account No. Adecco Technical Dept CH 14091 Palatine Palatine, IL 60055-4091 | - | | 4/9/2009 Trade | | | | 40,335.63 |
| Account No. AICCO, Inc. Department 7615 Los Angeles, CA 90084 | - | | 2/3/2009 Trade | | | | 1,021.74 |

Sheet no. __1__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      66,746.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Alarm Systems Integration (ASI) <br> 2169 S. Centurion Place <br> Boise, ID 83709 | | - | | 2/3/2009 <br> Trade | | | | 54.00 |
| Account No. <br><br> All American <br> 230 Devcon Drive <br> San Jose, CA 95112 | | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No.  4363 <br><br> Allied Waste Services <br> P.O.Box 78829 <br> Phoenix, AZ 85062-8829 | | - | | 4/9/2009 <br> Trade | | | | 627.12 |
| Account No. <br><br> Almost  Everything Communications <br> 627 Evelyn Avenue <br> Albany, CA 94706 | | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Amazing Toys <br> 515 Central Ave <br> Great Fall, MT 59401 | | - | | 6/10/2008 | | | | 0.00 |

Sheet no. __2__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

681.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 1002 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096-8000 | - | | | | | | 3/24/2009 <br> Trade | 12,036.51 |
| Account No. <br><br> AMS Tech/Aqous <br> 125 Maqueston Parkway South <br> Mount Vernon, NY 10550 | - | | | | | | 4/22/2008 <br> Trade | 0.00 |
| Account No. <br><br> Ann Arbor Hands-On Museum <br> 220 E. Ann Street <br> Ann Arbor, MI 48104 | - | | | | | | 6/10/2008 | 0.00 |
| Account No. <br><br> Anywhere PC Repair <br> 931  Ashby Ave. <br> Berkeley, CA 94710 | - | | | | | | 4/22/2008 <br> Trade | 0.00 |
| Account No. <br><br> Apex Materials Corporation <br> 10761 Indian Head Ind. Blvd. <br> St. Louis, MO 63132 | - | | | | | | 10/30/2008 <br> Trade | 0.00 |

Sheet no. __3__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,036.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                                                     ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. Go01<br><br>Apollo Consulting<br>100 California Street,<br>Suite 620<br>San Francisco, CA 94111-4537 | - | | | 2/5/2009<br>Trade | | | | 7,230.42 |
| Account No.<br><br>Appelhof, Greg<br>219 Homedale Rd.<br>Hopkins, MN 55343 | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>APPRO Photoelectron Inc.<br>6F, No.23, Syuan Road<br>Shinjuang City TPI 242<br>TAIWAN, R.O.C. | - | | | Trade | | | | 0.00 |
| Account No.<br><br>AraToys<br>Bd. Timisoara 26Z<br>Anchor Plaza,Corp.A,6th Flr<br>Bucuresti<br>ROMANIA | - | | | 9/23/2008<br>Trade | | | | 61,789.00 |
| Account No.<br><br>Arcadian Sales.com<br>11 Muller Place<br>Little Falls, NJ 07424 | - | | | 4/22/2008 | | | | 0.00 |

Sheet no. __4__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,019.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Arena Solutions<br>4100 E. 3rd Ave, Ste 300<br>Foster City, CA 94404 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>ARM, Inc.<br>P.O. Box 601108<br>Los Angeles, CA 90060-1108 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Arrow Electronics<br>PO BOX 60000/File 21174<br>San Francisco, CA 94160-1174 | - | | 11/19/2008<br>Trade | | | | 284,468.20 |
| Account No.<br><br>ASCI, Inc.<br>13246 W. Bluebell Dr.<br>Boise, ID 83713 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>at&t<br>Payment Center<br>Sacramento, CA 95887-0001 | - | | 7/29/2008<br>Trade | | | | 0.00 |

Sheet no. __5__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  284,468.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                      ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 6/3/2008 Trade | | | | |
| Atomic Direct 1219 SE Lafayette Street Portland, OR 97202 | | - | | | | | | | 0.00 |
| Account No. | | | | | 1/18/2008 Trade | | | | |
| Automatic Response Systems 1461 Eastshore Highway Berkeley, CA 94710 | | - | | | | | | | 90.00 |
| Account No. | | | | | 4/22/2008 Trade | | | | |
| AV Concept Limited 6th Flr,Enterprise Square 3 39 Wang Chiu Road Kowloon Bay HONG KONG | | - | | | | | | | 0.00 |
| Account No. O001 | | | | | 4/6/2009 Trade | | | | |
| AVC Corp 20550 S. Denker Ave Torrance, CA 90501-1645 | | - | | | | | | | 4,174.74 |
| Account No. | | | | | 8/15/2008 Trade | | | | |
| Axle Design 336 Rock Creek Way Pleasant Hill, CA 94523 | | - | | | | | | | 0.00 |

Sheet no. __6__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       4,264.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ugobe, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Baggerly, Ed <br> 45 Longwood Court <br> San Ramon, CA 94582 | - | | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Bannerman, Steve <br> 3150 Pleasant Valley Road <br> Aptos, CA 95003 | - | | | 8/14/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Bard, Damon <br> 1329 61st Street, Suite D <br> Emeryville, CA 94608 | - | | | 7/31/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Barton, Susan <br> 1220 Peregrine Dr. <br> Middleton, ID 83644 | - | | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Barza, Barbara <br> 369 Hampton Road <br> Piedmont, CA 94611 | - | | | 7/1/2008 <br> Trade | | | | 0.00 |

Sheet no. _7_ of _91_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                 ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Basic Intellectual Property Management<br>1700 N. Trail Creek Way<br>Eagle, ID 83616-4098 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| **Account No.**<br><br>Bauer Independents Ltd.<br>P.O.Box 835<br>Defiance, OH 43512 | - | | 7/2/2008<br>Trade | | | | 0.00 |
| **Account No.**<br><br>Beene, Tisa<br>141 Basinside Way<br>Alameda, CA 94502 | - | | 8/26/2008<br>Ex-Employee | | | | 0.00 |
| **Account No.**<br><br>Big Boing, LLC<br>5515 Doyle Street, Suite 20<br>Emeryville, CA 94608 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| **Account No.**<br><br>Big Mouth PR<br>Big Mouth PR<br>Mill Valley, CA 94608 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __8__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bill Schwob Photography <br> 5675-B Horton Street <br> Emeryville, CA 94608 | - | | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Bird & Bird <br> 15 Fetter Lane <br> London EC4A1JP <br> GREAT BRITAIN | - | | | 7/16/2008 <br> Trade; Claim amount converted from Pounds Sterling 4/16/09 at Oanda.com | | | | 23,586.30 |
| Account No. <br><br> BirdDog Digital <br> 2137 Otis Drive #210 <br> Alameda, CA 94501 | - | | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Bishop, Jeremy <br> 1428 Casa Grande St. <br> Pasadena, CA 91104 | - | | | 4/14/2009 <br> Contractor | | | | 14,750.00 |
| Account No. 1008 <br><br> Blue Shield of CA <br> Cash Receiving 55331 <br> Los Angeles, CA 90074-5331 | - | | | 2/3/2009 <br> Healthcare | | | | 19,969.00 |

Sheet no. __9__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,305.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>Bob Christopher<br>4 Soule Rd<br>Orinda, CA 94563 | | - | | 4/14/2009<br>Insider | | | | 0.00 |
| **Account No.**<br><br>BPM<br>100 Pringle Ave, Ste 340<br>Walnut Creek, CA 94596 | | - | | 4/22/2008 | | | | 0.00 |
| **Account No.**<br><br>Brewer Builds<br>3517 Oak Knoll Blvd<br>Oakland, CA 94605 | | - | | 4/22/2008 | | | | 0.00 |
| **Account No.**<br><br>Brewer, Johnathan<br>3517 Oak Knoll Blvd<br>Oakland, CA 94605 | | - | | 6/13/2008 | | | | 0.00 |
| **Account No.**<br><br>Brightex Enterprises<br>Unit 714 Wing on Plaza 62<br>MODY Rd<br>tsim-sha-tsui Kow Loon<br>HONG KONG | | - | | 12/10/2008<br>Trade; HK Rent | | | | 0.00 |

Sheet no. __10__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/5/2008 Trade | | | | |
| BroadSpire, Inc. P.O. Box 8146 Northridge, CA 91327 | - | | | | | | | |
| | | | | | | | | 199.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Brown, Robert 114 Crescent Avenue San Francisco, CA 94110 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 6780 | | | | 2/3/2009 Trade | | | | |
| Brownstein and Associates, Inc. 630 Ninth Ave Suite209 New York, NY 10036 | | | | | | | | |
| | | | | | | | | 5,678.05 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Bryantideas, Inc. 1500 N Locust Grove Ste. 100 Meridian, ID 83642 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Ex-Employee | | | | |
| Buck, Jim 2601 E Red Cedar #201 Boise, ID 83716 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __11__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,877.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                    ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Burke-Ellet, Teresa H.<br>10674 Gossamer St<br>Nampa, ID 83687 | - | | | | 4/14/2009<br>Contractor / Adecco | | | | 2,211.68 |
| Account No.<br><br>Business Design Laboratory Co., Ltd<br>DesignCntrBldg7th Fl NADYA Pk<br>18-1 Sakae 3-Chome, Naka-ku<br>Nagoya-shi, Aichi 460-0008<br>JAPAN | | | | | 10/21/2008<br>Distributor | | | | 0.00 |
| Account No.<br><br>Cable One<br>PO Box 78407<br>Phoenix, AZ 85062 | - | | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>CafePress.com<br>1850 Gateway Drive<br>San Mateo, CA 94404 | - | | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Cambridge Technology LLC<br>PO Box 633<br>Meridian, ID 83680-0633 | - | | | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __12__ of __91__ sheets attached to Schedule of          Subtotal          2,211.68
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 575<br><br>Canon<br>14904 Collections Center Dr.<br>Chicago, IL 60693 | | - | | 2/3/2009<br>Trade | | | | 1,034.92 |
| Account No.<br><br>Cantwell, Elizabeth<br>5626 Luwig Ave.<br>El Cerrito, CA 94530 | | - | | 11/13/2008<br>Ex-Employee | | | | 0.00 |
| Account No.<br><br>Carey, Eileen<br>10 Tara Road<br>Orinda, CA 94563 | | - | | 8/14/2008 | | | | 0.00 |
| Account No.<br><br>Carolyn , Halstenson<br>1152 Victory Lane<br>Concord, CA 94520 | | - | | 11/5/2008 | | | | 0.00 |
| Account No.<br><br>Centaur North Inc.<br>c/o Centaur North Inc.<br>San Jose, CA 94085 | | - | | 4/22/2008 | | | | 0.00 |

Sheet no. __13__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,034.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 2943<br><br>Central Patent and Trademark Database<br>CD-CTI Limited<br>Krenova 40<br>CZ-60200 Brno<br>CZECH REPUBLIC | - | | | 10/20/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Cesare, Laura G.<br>2495 E. Heathfield Ct.<br>Eagle, ID 83616 | - | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Chabot Space & Science Center<br>10000 Skyline Blvd.<br>Oakland, CA 94619 | - | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Chan, Chamberlain & Associates<br>Chan,Chamberlain & Assoc<br>Menlo Park, CA | - | | | 8/8/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Chan, Yan | - | | | Employee | | | | 0.00 |

Sheet no. __14__ of __91__ sheets attached to Schedule of                          Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Chang, Al <br> 199 New Montgomery, Unit 301 <br> San Francisco, CA 94105 | - | | 12/5/2008 <br> Trade | | | | 0.00 |
| **Account No.** <br><br> Cheng UEI Precision Industry Co., Ltd. <br> No. 18, Chung Shan Road <br> Tu-Cheng TPE <br> TAIWAN, R.O.C. | - | | Trade | | | | 0.00 |
| **Account No.** <br><br> Chiu, Ron <br> 138 Jasmine Ct <br> Union City, CA 94587 | - | | 4/22/2008 <br> Contractor | | | | 0.00 |
| **Account No.** <br><br> Chocolate Communications <br> Westminster House <br> Kew Rd <br> Richmond TW9 2ND <br> UNITED KINDOM | - | | 4/9/2009 <br> Trade; Claim amount converted from Pounds Sterling 4/16/09 at Oanda.com | | | | 25,999.90 |
| **Account No.** <br><br> Christopher, Bob <br> 4 Soule Road <br> Orinda, CA 94563 | - | | 11/20/2008 <br> Ex-CEO | | | | 0.00 |

Sheet no. __15__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            25,999.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  Ugobe, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. i002<br><br>Chrysaid Group, The<br>Joe Crotty<br>4350 Delwood Dr.<br>Boise, ID 83709 | - | | | 2/10/2009<br>Trade | X | | | 875.00 |
| Account No. 001C<br><br>Chubb Group of Insurance Companies<br>P.O. Box 7777-1630<br>Philadelphia, PA 19175-1630 | - | | | 3/9/2009<br>Trade | | | | 16,738.25 |
| Account No.<br><br>Chung, Caleb<br>3460 Plantation River Drive<br>Boise, ID 83703 | - | | | 2/18/2009<br>Employee (CEO, BOD) Loan to Ugobe from Caleb | | | | 10,000.00 |
| Account No.<br><br>Chung, Caleb<br>3460 Plantation River Drive<br>Boise, ID 83703 | - | | | Royalties | | | | 353,500.00 |
| Account No.<br><br>Cingular Wireless<br>P.O. Box 60017<br>Los Angeles, CA 90060-0017 | - | | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __16__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    381,113.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | 7/17/2008 | | | | | |
| Cision US, Inc. PO Box 98869 Chicago, IL 60693 | - | | | | | | | 0.00 |
| Account No. | | | 3/3/2009 Trade | | | | | |
| Citrix Online, LLC File 50264 Los Angeles, CA 90060-0017 | - | | | | | | | 2,687.50 |
| Account No. | | | 4/22/2008 Trade | | | | | |
| Climate Insulating Products 3349 Industrial Dr. #1 Santa Rosa, CA 95403-2024 | - | | | | | | | 0.00 |
| Account No. | | | 8/26/2008 Trade | | | | | |
| Cohen, Robert 3538 La Fontana Way Boise, ID 83702 | - | | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Founder | | | | | |
| Cohn, Ted  (Harold E. Cohn) 8430 Castlehawk Court Reno, NV 89523 | - | | | | | | | 0.00 |

Sheet no. __17__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,687.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>ComBots<br>1633 Florida Street<br>San Francisco, CA 94110 | - | | | 6/10/2008<br>Trade | | | | 0.00 |
| Account No. 6300<br><br>Comcast<br>P.O. Box 34227<br>Seattle, WA 98124-1227 | - | | | 3/16/2009<br>Trade | | | | 223.55 |
| Account No.<br><br>Comm Tec Corporation<br>7Fl, No.118, Lane 235<br>Taipei<br>TAIWAN, R.O.C. | - | | | 9/12/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Complete Door Service<br>3623 Martin Luther King Way<br>Oakland, CA 94609 | - | | | 8/4/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Compu-Phase<br>Eerste Industriestraat 19-21 | - | | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __18__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        223.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/13/2009 Trade | | | | |
| Computer Stop, Inc. 204 9th Ave South Nampa, ID 83651 | - | | | | | | | 2,577.79 |
| Account No. 3281 | | | | 4/22/2008 Trade | | | | |
| Consumer Electronics Association P.O. Box 37154 Baltimore, MD 21297-3154 | - | | | | | | | 2,020.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Contactual, Inc. 959 Skyway Suite 350 Can Carlos, CA 94070 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Content Bureau 75 Donald Drive Orinda, CA 94563 | - | | | | | | | 0.00 |
| Account No. | | | | 7/18/2008 | | | | |
| Continental Agency Inc. 535 Brea Canyon Road Walnut, CA 91789 | - | | | | | | | 0.00 |

Sheet no. __19__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,597.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      Ugobe, Inc.                                                                                      , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7877<br><br>Cooley Godward Kronish, LLP<br>101 California Street,<br>5th Floor<br>San Francisco, CA 94111-5800 | - | | | 3/31/2009<br>Trade | | | | 28,219.62 |
| Account No.<br><br>CounterPath, Inc.<br>505 Burrard St<br>Ste 300,One Bentall Centre<br>Vancouver, BC V7X 1M3<br>CANADA | - | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Creative Sparks<br>Creative Sparks, LLC<br>Boise, ID 83702 | - | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Crimson Consulting Group<br>4970 El Camino Real<br>Los Altos, CA 94022 | - | | | 12/5/2008<br>Trade | | | | 14,577.72 |
| Account No.<br><br>Cross Town Movers, Inc.<br>1419 N Eldorado St<br>Boise, ID 83702 | - | | | 2/10/2009<br>Trade | | | | 0.00 |

Sheet no. __20__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,797.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc. , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CT Corporation System<br>P O Box 4349<br>Carol Stream, IL 60197-4349 | - | | 3/15/2009<br>Trade | | | | 11.70 |
| Account No. 6923<br><br>Culligan<br>110 W. 31st<br>Boise, ID 83714 | - | | 4/8/2009<br>Trade | | | | 304.57 |
| Account No.<br><br>Custom Connections, Inc.<br>P.O. Box 145<br>Meridian, ID 83680-0145 | - | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Custom Label<br>3392 Investment Blvd<br>Hayward, CA 94545 | - | | 9/10/2008 | | | | 0.00 |
| Account No.<br><br>Cutting Edge networks,LLC<br>3313 W. Cherry Lane<br>Meridian, ID 83642 | - | | 9/5/2008 | | | | 0.00 |

Sheet no. __21__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 316.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/4/2009 | | | | |
| d 1966 Drake Dr. Oakland, CA 94611 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 7/29/2008 Trade | | | | |
| Davis  Hanley Network Solutions PO Box 85 Moraga, CA 94556 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 8/14/2008 Trade | | | | |
| Davis, Peter E. 22639 Iris Avenue Torrance, CA 90505 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2/4/2009 | | | | |
| Del Rio Enterprise 20353 Parkway, #11 Castro Valley, CA 94546 | | - | | | | | |
| | | | | | | | 410.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Dell Computers C/O Dell USA L.P. Pasadena, CA 91110 | | - | | | | | |
| | | | | | | | 0.00 |

Sheet no. __22__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      410.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                            , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dell Financial Services<br>Payment Processing Center<br>Chicago, IL 60693 | - | | | 11/26/2008<br>Trade | | | | 8,646.92 |
| Account No.<br><br>Dell Financial Services-Lease Acct<br>Dell Financial Services<br>Carol Stream, IL 60197-5292 | - | | | 11/26/2008<br>Trade | | | | Unknown |
| Account No.<br><br>DeVito, Adam<br>5515 Doyle Street, Suite 20<br>Emeryville, CA 94608 | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Digi International<br>Attn: Accounts payable<br>Minnetonka, MN 55343 | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. 8465<br><br>Digi-Key<br>PO Box 250<br>ThiefRiverFalls, MN 56701-0250 | - | | | 3/3/2009<br>Trade | | | | 1,668.92 |

Sheet no. __23__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,315.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 Consultant | | | | |
| DiNicolantonio, Jim 48 Vita Ct. Pleasant Hill, CA 94523 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Diversified Risk Insurance Brokers Insurance Brokers Emeryville, CA 94608 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Domenique Sillett Graphic Design 1480 Larkin Street #14 San Francisco, CA 94109 | - | | | | | | | 0.00 |
| Account No. | | | | 2/4/2009 Royalties, Founder | | | | |
| Dotson, Derek P 630 Kitty St Newbury Park, CA 91320 | - | | | | | | | 353,500.00 |
| Account No. | | | | Loan to Ugobe from Derek Dotson | | | | |
| Dotson, Derek P 630 Kitty St Newbury Park, CA 91320 | - | | | | | | | 116,000.00 |

Sheet no. __24__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

469,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DUB Express, The<br>700 Alabama st.<br>San Francisco, CA 94110 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Dynamic Designworks, Inc.<br>2321 E. 28th Street<br>Signal Hill, CA 90755 | - | | 7/3/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>E-Motion, SPA<br>Via Alessandria 43/A<br>10098 Rivoli<br>ITALY | - | | 12/18/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>e-Storm International, Inc<br>530 Bush Street, Ste. 600<br>San Francisco, CA 94108 | - | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Eagle Capital, LLC<br>3179 S. Whitepost Way<br>Eagle, ID 83616-6419 | - | | 3/2/2009<br>Trade | | | | 1,200.00 |

Sheet no. __25__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,200.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re      Ugobe, Inc.                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 6/16/2008 Trade | | | | |
| Eagle Mini Storage P.O. Box 545 Eagle, ID 83616 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| East Bay Business Times 6160 Stoneridge Mall Rd. Suite 300 Pleasanton, CA 94588 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| East Bay Catering Co 386 Grand Ave Oakland, CA 94610 | - | | | | | | | 0.00 |
| Account No. | | | | 1/30/2009 Trade | | | | |
| Easton, Michael 45 Hillcrest Drive San Rafael, CA 94901 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Eccolo 1820 4th St. Berkeley, CA 94710 | - | | | | | | | 0.00 |

Sheet no. __26__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 9/4/2008 Trade | | | | |
| eCosCentric 7BarnwellHouse,Barnwell Dr Camebridge CB5 8UU GREAT BRITAIN | - | | | | | | 0.00 |
| Account No. | | | 1/30/2009 Trade | | | | |
| eeDev 630 Kitty Street Newbury Park, CA 91320 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 | | | | |
| EH Publishing, Inc. 111 Speen Street Framingham, MA 01701 | - | | | | | | 0.00 |
| Account No. | | | 4/15/2009 | | | | |
| Enhanced Telecommunications & Data, Inc. P.O Box 44468 Boise, ID 83711 | - | | | | | | 97.00 |
| Account No. | | | 4/22/2008 | | | | |
| Entrepeneurs Law Group 388 Market St, Suite 400 San Francisco, CA 94111 | - | | | | | | 0.00 |

Sheet no. __27__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc. _____,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/30/2008 Trade | | | | |
| eROI 505 NW Couch St Ste 300 Portland, OR 97209 | | - | | | | X | 4,600.00 |
| Account No. | | | 8/15/2008 | | | | |
| ES Tech Limited Unit 407-409, Inno Centre Kowloon Tong HONG KONG | | - | | | | | 0.00 |
| Account No. | | | 4/22/2008 | | | | |
| Escola, Mike 5837 Riverbank Circle Stockton, CA 95219 | | - | | | | | 0.00 |
| Account No. | | | 9/10/2008 | | | | |
| Essex, Ron P.O.Box 72412 Oakland, CA 94612 | | - | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Event Technology Services 2051 West Walnut Hill Lane Irving, TX 75038 | | - | | | | | 0.00 |

Sheet no. __28__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,600.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      Ugobe, Inc.                                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Expeditors Int'l / Los Angeles<br>5200 W. Century Blvd<br>Los Angeles, CA 90045 | - | | 7/3/2008<br>Trade | | | | 0.00 |
| Account No. 2232<br><br>Expeditors International<br>425 Valley Drive<br>Bribane, CA 94005 | - | | 12/11/2008<br>Trade | | | | 500.00 |
| Account No.<br><br>Expeditors Tradewin, LLC<br>Attn: Accounting Dept.<br>Seattle, WA 98104 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. 3542<br><br>FEDEX<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | - | | 4/4/2009<br>Trade | | | | 2,072.34 |
| Account No.<br><br>FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | - | | 10/2/2008<br>Trade | | | | 36.18 |

Sheet no. __29__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,608.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/3/2008 Trade | | | | |
| Fenwick & West File #73281 San Francisco, CA 94160 | - | | | | | | | 9,011.11 |
| Account No. | | | | 10/1/2008 Trade; Claim amount converted from Euros 4/16/09 at Oanda.com | | | | |
| Ferchland Consulting Partners GmbH Steuerberatungsgesellschaft Amstsgericht Munchen HRB #162689 Karlsfeld, Bayern GERMANY | - | | | | | | | 42,429.20 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Fernandez & Associates LLP 1047 El Camino Real Ste 201 Melon Park, CA 94205 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Fiberpipe, Inc. 10215 W. Emerald Boise, ID 83704 | - | | | | | | | 0.00 |
| Account No. | | | | 8/15/2008 | | | | |
| FinanceStaff 300 Frank Ogawa Plaza Oakland, CA 94612 | - | | | | | | | 0.00 |

Sheet no. __30__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       51,440.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Finney Jr., Jerry Delbert<br>12419 E. 212 Street<br>Lakewood, CA 90715-2309 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Finney Miniatures<br>12419 E 212 Street<br>Lakewood, CA 90715-2309 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>First Round Capital<br>589 Howard Street<br>San Francisco, CA 94105 | - | | 7/24/2008 | | | | 0.00 |
| Account No.<br><br>Fisherkeller, Kurt T.<br>1164 Heavenly Drive<br>Martinez, CA 94553 | - | | 4/22/2008<br>Ex-Employee | | | | 0.00 |
| Account No.<br><br>Five9, Inc.<br>7901 Stoneridge Drive<br>Pleasanton, CA 94588 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __31__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Flash Communications<br>6041 Girvin Drive<br>Oakland, CA 94611 | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Float Gallery<br>1091 Calcot Place #116<br>Oakland, CA 94606 | - | | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Fond Express Int'l (SFO) Inc.<br>1166 Cherry Avenue<br>San Bruno, CA 94066 | - | | | 12/10/2008<br>Trade | | | | 1,017.60 |
| Account No.<br><br>Fowler, Robert<br>4163 Dorman Road<br>Pleasanton, CA 94588 | - | | | 6/23/2008 | | | | 0.00 |
| Account No.<br><br>Fox-Gieg, Nick animation<br>282-D Clinton St.<br>Toronto ON M6G 2Y6<br>CANADA | - | | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __32__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,017.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/14/2009 Trade | | | | |
| Foxconn Global Service Division s.r.o. U Zamecku 27 532 01 Pardubice CZECH REPUBLIC | - | | | | | | 13,164.47 |
| Account No. | | | 3/12/2009 Trade | | | | |
| Foxconn Global Service Solutions Divisio 460 E. Lambert Rd Fullerton, CA 92835 | - | | | | | | 112.00 |
| Account No. | | | 10/14/2008 Trade | | | | |
| Foxlink ChengUei PrecisionIndCoLtd Industry Street, Dong Kang CHINA | | | | | | | 34,052.00 |
| Account No. | | | 9/26/2008 Contractor | | | | |
| Fraga, Mack 333 Willow Street #131 Alameda, CA 94501 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Frank, Rimerman Consulting 899 Adams St. Ste E St. Helena, CA 94574 | - | | | | | | 0.00 |

Sheet no. __33__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,328.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Freeman<br>3323 I H 35 North<br>San Antonio, TX 78219 | | - | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Frontier Management Group<br>15A-C, HuaMin Emplire Pl<br>728 YanAn Road (West)<br>Shanghai 200050<br>CHINA | | - | 4/14/2009<br>Insider | | | | 0.00 |
| Account No.<br><br>Futurama Travel, Inc.<br>2332 S. El Camino real<br>San Mateo, CA 94403 | | - | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Gadget Shop S.A., The<br>Shop 64, Brooklyn Mall<br>Pretoria 181<br>SOUTH AFRICA | | - | 12/2/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Garden Park Paleontology Society<br>330 Royal Gorge Blvd<br>Canon City, CO 81212 | | - | Trade | | | | 0.00 |

Sheet no. __34__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gasper, Elizabeth<br>570 Piney Creek Road<br>Reno, NV 89511 | | - | 1/20/2009<br>Ex-Employee (ex-CFO, Ex-CEO) | | | | 0.00 |
| Account No.<br><br>Gasper, Elizabeth | | - | 4/14/2009<br>Insider | | | | 0.00 |
| Account No.<br><br>Gentle Giant Studios, Inc.<br>7511 N. San Fernando Road<br>Burbank, CA 91505 | | - | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Geomagic<br>PO Box 12219<br>ResearchTrianglePk, NC 27709 | | - | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Glenroy, Inc.<br>BIN #075<br>Milwaukee, WI 53288 | | - | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __35__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 | | | | |
| Global Green USA 2218 Main Street, 2nd Floor Santa Monica, CA 90405 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Contractor/Intern | | | | |
| Godden, Alex 1231 HBS Student Mail Center Boston, MA 02163 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 1/30/2009 Trade | | | | |
| GOEngineer 1787 East Ft. CottonwoodHghts, UT 84121 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 7/16/2008 | | | | |
| Golden Gate Office Systems 828 Brannan Street LeBlanc, CA 94103 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/12/2008 | | | | |
| Google Inc. PO Box 2050 Mountain View, CA 94042-2050 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __36__ of __91__ sheets attached to Schedule of                                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 11/13/2008 | | | | |
| GPI International Ltd. 8/F Gold Peak Building Kwai Chung HONG KONG | | - | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| GreenBox Imaging, Inc. 2169FolsomSt Unit S-100 Dong Guan City CHINA | | - | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| GREENS RESTAURANT Building A Fort Mason Center San Francisco, CA 94123 | | - | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Greyson, Adam Greyson Research Boise, ID 83713 | | - | | | | | | 0.00 |
| Account No. 5250 | | | | 3/1/2009 | | | | |
| GS1 US, Inc. PO Box 71-3034 Columbus, OH 43271-3034 | | - | | | | | | 165.00 |

Sheet no. __37__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc. _____,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 7/14/2008 | | | | |
| Gunnwear Co. LLC. 1444 Falcon Rim Ct. Eagle, ID 83616 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Hai Ge Electron Technology Co, Ltd. No.1506 D/F First Interntnal Dong Guan City CHINA | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| HCC Embedded KFT Vaci ut 110 Budapest 1132 HUNGARY | - | | | | | | | 0.00 |
| Account No. | | | | 4/24/2008 | | | | |
| Hellings, Todd 3550 Market Street Apt. 204 San Francisco, CA 94131 | - | | | | | | | 0.00 |
| Account No. | | | | 11/24/2008 Trade | | | | |
| High Performance Clean Inc. 2761 N. Big Sky Place Eagle, ID 83616 | - | | | | | | | 0.00 |

Sheet no. __38__ of __91__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,        Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> High Road Media, Inc. <br> 8115 McCormick Ave <br> Oakland, CA 94605 | - | | 4/22/2008 | | | | 0.00 |
| Account No. <br><br> Hitch, Martin <br> 336 Hazelwood Avenue <br> San Francisco, CA 94127 | - | | 4/22/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. 69ky <br><br> HLB BMS Corporate Services Limited <br> 31/F Gloucester Tower <br> The Landmark <br> Central Hong Kong <br> HONG KONG | - | | 12/10/2008 <br> Trade; Claim amount converted from Hong Kong Dollars 4/16/09 at Oanda.com | | | | 3,260.85 |
| Account No. <br><br> Hon Hai Precision Industry Co.(Foxconn) <br> 66 Chung Shan Rd. <br> Taipei Hsien, Tu-Cheung <br> TAIWAN, R.O.C. | - | | 11/13/2008 <br> Trade | | | | 26,673.02 |
| Account No. <br><br> Hon Hai Precision Industry Co.(Fullerton <br> Bank of America, File# 72669 <br> San Francisco, CA 94103 | - | | 2/4/2009 <br> Trade | | | | 1,644.02 |

Sheet no. __39__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,577.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.
_____,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/20/2008 Trade | | | | |
| Hon Hai Precision Industry Co., Ltd 66, Chung Shan Rd Tu-Cheng City TAIWAN, R.O.C. | - | | | | | | | 0.00 |
| Account No. | | | | 1/30/2009 Ex-Employee | | | | |
| Hoover, Christopher 1031 Doris Ct. Alameda, CA 94501 | - | | | | | | | 0.00 |
| Account No. | | | | 8/4/2008 Ex-Employee | | | | |
| Hsieh, Pin 1599 S. Blaney Ave San Jose, CA 95129 | - | | | | | | | 0.00 |
| Account No. | | | | 4/7/2009 Trade | | | | |
| Hub International of CA 400 Taylor Blvd., Suite #300 Pleasant Hill, CA 94523 | - | | | | | | | 13,433.48 |
| Account No. 545 | | | | 3/12/2009 Trade | | | | |
| Hub Strategy PO Box 29407 San Francisco, CA 94129 | - | | | | | | | 15,314.38 |

Sheet no. __40__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,747.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. B-2<br><br>Hyield Venture Capital Co., Ltd<br>15F, No.207, Sec<br>Peishin Road<br>Hindian City, (23143) Taipai Hsieh,<br>TAIWAN, R.O.C. | - | | | 4/14/2009<br>Insider | | | | 0.00 |
| Account No.<br><br>i-Robo<br>Office No.204, 2nd Floor<br>Ministry of Labor bldg.  Etihad Rd.<br>PO box 213 44   Dubai<br>UNITED ARAB EMIRATES | - | | | 10/13/2008 | | | | 400.65 |
| Account No.<br><br>IBM<br>1360 Boul Rene-Leves<br>Montral QC H3G 2W6<br>CANADA | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>ICorporation<br>824 W. Florida Avenue<br>Nampa, ID 83686 | - | | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. 1765<br><br>Idaho Power<br>P.O. Box 34966<br>Seattle, WA 98124-1966 | - | | | 4/8/2009<br>Trade | | | | 867.58 |

Sheet no. __41__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,268.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 | | | | |
| Imada.com 3100 Dundee Road Northbrook, IL 60062 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/5/2008 Trade | | | | |
| Ingram Micro Pty. Ltd. Private Bag 20 Rosebery N.S.W. 1445 AUSTRALIA | - | | | | | | | |
| | | | | | | | | 78,006.95 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Inn at Spanish Bay, The 2700 17-Mile Drive Pebble Beach, CA 93953 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2/4/2009 Trade | | | | |
| Institute of Management Accountants, Inc 10 Paragon Dr Montvale, NJ 07645-1760 | - | | | | | | | |
| | | | | | | | | 195.00 |
| Account No. | | | | 8/26/2008 Trade | | | | |
| Integrated Services 1550 Whipple Road Union City, CA 94587 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __42__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    78,201.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>InterCall<br>P.O.Box 281866<br>Atlanta, GA 30384-1866 | - | | 2/10/2009<br>Trade | | | | 1,064.57 |
| Account No.<br><br>Intergration Linkage Technology Ltd.<br>Unit 1 & 3, 20/F,<br>Aitken Van Centre<br>Kwun Tong Hong<br>HONG KONG | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. 8284<br><br>Intermountain Gas Company<br>P.O. Box 64<br>Boise, ID 83732 | - | | 3/11/2009<br>Trade | | | | 0.00 |
| Account No.<br><br>InterTek<br>2307 East Aurora Road<br>Twinsburg, OH 44087 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>InterToy / Colin Lisle & Associates Ltd<br>Brunswick Court<br>Victoria Street<br>West Yorkshire LS22 6RE<br>GREAT BRITAIN | - | | 11/20/2008<br>Trade | | | | 118,647.00 |

Sheet no. __43__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,711.57

B6F (Official Form 6F) (12/07) - Cont.

In re     Ugobe, Inc.                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/22/2008 | | | | |
| Investors **note name in memo** | - | | | | | | 0.00 |
| Account No. | | | 11/13/2008 Trade | | | | |
| Iota Localisation Services Station Mews LindsayGroveCrossgunsBridge Dublin, Co Dublin 9 IRELAND | - | | | | | | 1,540.44 |
| Account No. | | | 4/22/2008 Trade | | | | |
| IP Legal Team Dublin, Co Dublin 9 Boise, ID 83716 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Expense | | | | |
| Ippoliti, Mike 208 Pomona Ave Long Beach, CA 90803 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Irell & Manella LLP P.O. Box 51167 Los Angeles, CA 90051-9783 | - | | | | | | 0.00 |

Sheet no. __44__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,540.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2008 Trade | | | | |
| Issa Group, Inc., The 4101 24th Street #533 San Francisco, CA 94114 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| J&C Hobbies PO Box 17068 Pittsburg, PA 15235 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Jabra 75 Northeastern Blvd. Nashua, NH 03062 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Jeffrey Parker & Company European Trademark Attorneys | - | | | | | | 0.00 |
| Account No. | | | 7/31/2008 Ex-Employee | | | | |
| Jeong, Jiyun 1881 Washington Ave. San Leandro, CA 94577 | - | | | | | | 0.00 |

Sheet no. __45__ of __91__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                                   ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jetta Company Limited<br>JettaHouse,19 On Kim St<br>On Lok Tsuen<br>HONG KONG | - | | 11/20/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Jetta Company Limited<br>JettaHouse,19 On Kim St<br>On Lok Tsuen<br>HONG KONG | - | | 4/14/2009<br>Trade | | | | 604,161.64 |
| Account No.<br><br>JMP Securitites LLC<br>600 Montgomery Street<br>San Francisco, CA 94111 | - | | 9/24/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Jobfox<br>Dept CH 17476<br>Palatine, IL 60055-7476 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Joker AG<br>Industriezoen<br>Kerzers<br>SWAZILAND | - | | 12/5/2008<br>Distributor | | | | 37,620.92 |

Sheet no. __46__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

641,782.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jorgenson, Kevin <br> 2601 Adeline Street #204 <br> Oakland, CA 94607 | - | | 4/22/2008 | | | | 0.00 |
| Account No. 0 <br><br> Kaiser Foundation Health Plan, Inc. <br> P.O. Box 6000 <br> San Francisco, CA 94160-3030 | - | | 3/1/2009 <br> Healthcare | | | | 9,462.00 |
| Account No. <br><br> Kammeraad, Darby <br> 3405 Petite Sirah <br> Bakersfield, CA 93306 | - | | 4/22/2008 <br> Contractor | | | | 0.00 |
| Account No. <br><br> Kawai & Associates <br> 302 Parnassus Seijo <br> Tokyo <br> JAPAN | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Kei Kong Electronics, Ltd. <br> zuniy 7-11 9/fl, NewCommerceCtr <br> 19 On Sum Street <br> Sui Lek Yuen, Shatin, NT <br> HONG KONG | - | | 3/17/2009 <br> Trade | | | | 88,026.67 |

Sheet no. __47__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    97,488.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Keil, and ARM Company
1501 10th Street
Plano, TX 75074 | | - | | 4/22/2008
Trade | | | | 0.00 |
| Account No.

Keiretsu Forum
3466 Mt Diablo Blvd.
Lafayette, CA 94549 | | - | | 4/22/2008
Trade | | | | 0.00 |
| Account No.

King Horn Enterprises Ltd.
Rm 701, 7/F, Shatin Galleria
Fo Tan NT
HONG KONG | | - | | 4/22/2008
Trade | | | | 0.00 |
| Account No.

Kleiss Gears, Inc.
390 Industrial Avenue
Grantsburg, WI 54840 | | - | | 4/22/2008
Trade | | | | 0.00 |
| Account No.

Kleiss, Roderick E.
313 North Russell Street
Grantsburg, WI 54840 | | - | | 4/22/2008
Trade | | | | 0.00 |

Sheet no. __48__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/8/2008 Trade | | | | |
| KPMG LLP Dept 0564 Dallas, TX 75312 | - | | | | | | | 6,058.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Lanesplittler | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Ex-Employee | | | | |
| Langlais, Peter 512 Merrit Avenue #1 Oakland, CA 94610 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Ex-Employee | | | | |
| Lau, Daniel 4223 Diavila Ave. Pleasanton, CA 94588 | - | | | | | | | 0.00 |
| Account No. | | | | 12/5/2008 Ex-Employee | | | | |
| Lau, Kitty HONG KONG | - | | | | | | | 0.00 |

Sheet no. __49__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,058.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Laurel's Data Entry <br> 6041 Girvin Drive <br> Oakland, CA 94611 | - | | 4/22/2008 <br> Contractor | | | | 0.00 |
| Account No. <br><br> Lazarovitz, Sheldon S. <br> Barrister & Solicitor | - | | 4/22/2008 | | | | 0.00 |
| Account No. <br><br> Lee, Leena | - | | 12/5/2008 | | | | 0.00 |
| Account No. <br><br> Lee, Terence | - | | 11/13/2008 | | | | 0.00 |
| Account No. <br><br> Lenovo <br> CHINA | - | | 4/22/2008 <br> Trade | | | | 0.00 |

Sheet no. __50__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Leong, David R. <br> 6530 Fulton Street <br> San Francisco, CA 94121-3334 | - | | 6/6/2008 | | | | 0.00 |
| Account No. 9832 <br><br> Lincoln National Financial Group, The <br> P.O. Box 0821 <br> Carol Stream, IL 60132-0821 | - | | 4/1/2009 <br> Trade | | | | 1,141.99 |
| Account No. <br><br> Lithographics, inc <br> 106 W. 32nd Street <br> Garden City, ID 83714 | | | 12/21/2009 <br> Trade | | | | 169.60 |
| Account No. <br><br> Livingston, Alex <br> 309A Duncan Street <br> San Francisco, CA 94131 | | | 9/24/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Lohier, Frantz <br> 7448 Potrero Ave. <br> El Cerrito, CA 94530 | - | | 7/24/2008 <br> Trade | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __51__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 1,311.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc. _____,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/24/2008 | | | | |
| Lopez, Tony 2909 San Luis Street Richmond, CA 94804 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 | | | | |
| Lucero, Lynda 30 Rancheria Road Kentfield, CA 94904 | - | | | | | | 0.00 |
| Account No. | | | 7/1/2008 | | | | |
| Lui, Terence 1207 Lincoln Ave Burlingame, CA 94010 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Contractor | | | | |
| Lundberg, John  AKA Vision Design Works 1085 N Beachwwod Eagle, ID 83616 | - | | | | | | 0.00 |
| Account No. | | | 8/21/2008 Trade | | | | |
| M&C Kft. Budapest 1119 Nandorfejervari ut 36-406A HUNGARY | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __52__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                           ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/22/2008 Trade | | | | |
| Malek, Mohammed / Accurate Notary Publi 864 Stanford Ave Emeryville, CA 94608 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| ManPower 21271 Network Place Chicago, IL 60673 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| MarketTools 150 Spear St. Ste. 600 San Francisco, CA 94105 | - | | | | | | 0.00 |
| Account No. | | | 8/8/2008 Trade | | | | |
| Marketwire 200 N. Sepulveda Blvd. El Segundo, CA 90245 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Marsh Interiors 3850 San Pablo Avenue, Suite 104 Emeryville, CA 94608 | - | | | | | | 0.00 |

Sheet no. __53__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/18/2008 Trade | | | | |
| Masaku's Janitorial Services 4251 Bay Street #117 Fremont, CA 94538 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Mastro, Elizabeth 1200 65th Street #210 Emeryville, CA 94608 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Matthew Williams Design 1450 4th Street, Studio 9 Berkeley, CA 94710 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Investor | | | | |
| Maxima Capital Management, Inc. 10F-3, No. 89 Seng Ren Rd Taipei Taiwan ROC | - | | | | | | | 0.00 |
| Account No. | | | | 10/30/2008 Advisor | | | | |
| Mayer, Steven 2170 Jackson Street San Francisco, CA 94115 | - | | | | | | | 9,000.00 |

Sheet no. __54__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/29/2009 Trade | | | | |
| Mayflower Travel 1166 Cherry Ave. San Bruno, CA 94066 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/12/2008 | | | | |
| MCA CAP 18 Alle A Batiment 189 rue d'Aubervilliers Paris 75018 FRANCE | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Contractor | | | | |
| McNish, Alex 835 West Victory Road Meridian, ID 83642 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 3/27/2009 Trade | | | | |
| Melita Group, The 2350 Mission College Blvd. Suite 550 Santa Clara, CA 95054 | - | | | | | | | |
| | | | | | | | | 2,010.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Menagerie Productions 250 Napoleon Street, Unit J San Francisco, CA 94124 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __55__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,010.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/22/2008 Trade | | | | |
| Meta Motion 4105 Montogomery St. #16 Oakland, CA 94611 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Method Inc. 972MissionSt,2nd Fl San Francisco, CA 94103 | - | | | | | | 0.00 |
| Account No. 1 | | | 4/1/2009 Trade | | | | |
| MetLife P.O. Box 804466 Kansas City, MO 64180-4466 | - | | | | | | 3,378.76 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Michael LaMotte Studios, Inc. 424 Treat Ave., Suite B San Francisco, CA 94110 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Micro Mo Electronics, Inc. 14881 Evergreen Ave Clearwater, FL 33762 | - | | | | | | 0.00 |

Sheet no. __56__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,378.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          ,         Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/26/2009 Contractor/Intern | | | | |
| Miller ,Ross 2680 E Greentree Ct Eagle, ID 83616 | - | | | | | | 0.00 |
| Account No. | | | 10/6/2008 Ex-Employee | | | | |
| Miller, Glenn 10491 W. Springdale St. Boise, ID 83704 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Ex-Employee | | | | |
| Minter Ellison 15th Floor Hutchison House Central Hong Kong HONG KONG | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| MinuteMan Inc. 230 N. Main Meridian, ID 83642 | - | | | | | | 0.00 |
| Account No. | | | 4/22/2008 | | | | |
| Miscellaneous **note vendor in memo** | - | | | | | | 0.00 |

Sheet no. __57__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Monster Effects <br> 7338 Valjean Avenue <br> Vannys, CA 91406 | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Monterey Pathways, LLC <br> 1061 Monterey Ave <br> Berkeley, CA 94707 | - | | 4/22/2008 | | | | 0.00 |
| Account No. <br><br> Morales, Teresa <br> PO Box 44681 <br> Rio Rancho, NM 87174 | - | | 4/22/2008 <br> Consulting | | | | 0.00 |
| Account No. <br><br> Morrissey, Ann Heller <br> 42 Manzanita Ave. <br> San Francisco, CA 94118 | - | | 11/26/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> National Registered Agents, Inc. <br> PO Box 927 <br> West Windsor, NJ 08550-0927 | - | | 4/22/2008 | | | | 0.00 |

Sheet no. __58__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nesvacil, Nicola <br> 4109 Alhambra Way <br> Martinez, CA 94553 | - | | 1/29/2009 <br> Contractor | | | | 0.00 |
| Account No. <br><br> Network World <br> P. O. Box 414135 <br> Boston, MA 02241-4135 | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> News About You, LLC <br> 4102 Cadillac Ct. <br> Louisville, KY 40213 | - | | 4/22/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Next Technologies <br> PO Box 3248 <br> AUSTRALIA | - | | 12/17/2008 <br> Trade | | | | 15,422.72 |
| Account No. <br><br> Ngoc's Office Works <br> 4141 Pestana Place <br> Fremont, CA 94538 | - | | 4/22/2008 <br> Trade | | | | 0.00 |

Sheet no. __59__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     15,422.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nigel Siu Tuong<br>43201 Sumter Avenue<br>Fremont, CA 94538 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Nisco, Summer<br>1596 Ramona Way<br>Alamo, CA 94507 | - | | 7/16/2008 | | | | 0.00 |
| Account No.<br><br>Noetic Design, Inc. (Pete Skeggs)<br>25 NW 23rd Place<br>Portland, OR 97210-5599 | - | | 4/13/2009<br>Contractor | | | | 3,394.08 |
| Account No.<br><br>Norm Marshall & Associates, Inc.<br>11059 Sherman Way<br>Sun Valley, CA 91352 | - | | Trade | | | | 0.00 |
| Account No.<br><br>OCC Corporation<br>1091 Calcot Place, Suite 102<br>Oakland, CA 94606 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. _60_ of _91_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         3,394.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Octaviano, Cirilo<br>305 Keats Circle<br>Pleasant Hill, CA 94523 | | - | | 12/17/2008 | | | | 0.00 |
| Account No. 2576<br><br>Office Depot<br>P.O. Box 70025<br>Los Angeles, CA 90074-0025 | | - | | 3/13/2009<br>Trade | | | | 760.87 |
| Account No.<br><br>Office Funiture Pros | | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>OfficeTeam<br>File 73484<br>San Francisco, CA | | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Orange County Container Group<br>13400 E. Nelson Avenue<br>CityofIndustry, CA 91746 | | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __61__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

760.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                          ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 10/27/2008 Trade | | | | |
| Origin Design 106 North 6th Street Boise, ID 83702 | - | | | | | | | 450.00 |
| Account No. | | | | 12/17/2008 Trade | | | | |
| P.H.Travel Consultants LTD. Basing Barnes Sages Lane Privatt, Hants, GU34 3QA UNITED KINGDOM | - | | | | | | X | 2,263.80 |
| Account No. | | | | 2/17/2009 Trade | | | | |
| Pacific Gas 8505 Eastlake Drive Burnaby BC V5A 4T7 CANADA | - | | | | | | | 0.00 |
| Account No. | | | | 4/14/2009 Insider | | | | |
| Pacific Wealth Consultants, Ltd 7-5,Sekido 1-chome Tamashi Tokyo 206-8550 JAPAN | - | | | | | | | 0.00 |
| Account No. | | | | 7/31/2008 | | | | |
| Palermo, Breanna | - | | | | | | | 0.00 |

Sheet no. __62__ of __91__ sheets attached to Schedule of                                    Subtotal                | 2,713.80
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2/28/2009 Trade | | | | |
| Pantene Industrial Co., Ltd Unit 2705-6 Vicwood Pl 199 Des Voeux Road Central Hong Kong HONG KONG | - | | | | | | | 177,703.14 |
| Account No. | | | | 4/22/2008 | | | | |
| Papalexis, Christine 2125 Baxter Street Los Angeles, CA 90039 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| ParaType, Inc. PO Box 3617 Saratoga, CA 95070-1617 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Patera Inc | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Pathom, John 4506 Edgewood Ave. Oakland, CA 94602-1402 | - | | | | | | | 0.00 |

Sheet no. __63__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,703.14

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paychex<br>7355 N. Palm Ave., Suite 100<br>Fresno, CA 93711-5726 | - | | 11/25/2008<br>Trade | | | | 0.00 |
| Account No. Go00<br><br>PC Professional, Inc.<br>1615 Webster Street<br>Oakland, CA 94612 | - | | 4/13/2009<br>Trade | | | | 7,663.75 |
| Account No.<br><br>Peake, Rik<br>1019 Willow Street<br>Alameda, CA 94501 | - | | 4/22/2008 | | | | 0.00 |
| Account No.<br><br>Pensel, Ed<br>101 Hedwig Ct.<br>Cary, NC 27518 | - | | 4/22/2008<br>Ex-BOD | | | | 0.00 |
| Account No.<br><br>People Connect<br>57 Gable Court<br>San Rafael, CA 94903 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __64__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,663.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7992 <br><br> PG&E <br> Box 997300 <br> Sacramento, CA 95899-7300 | - | | | 3/23/2009 <br> Trade | | | | 459.23 |
| Account No. <br><br> Phelon Group, The <br> 228 Hamilton Ave. <br> Palo Alto, CA 94301 | - | | | 9/4/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Pin USA LLC <br> dba: Pin USA LLC <br> San Jose, CA | - | | | 4/22/2008 | | | | 0.00 |
| Account No. <br><br> PitneyBowes <br> P.O.Box 856042 <br> Louisville, KY 40285-6042 | - | | | 4/9/2009 <br> Trade | | | | 113.23 |
| Account No. <br><br> Pitt Mawitt Enterprise Co., Ltd <br> No.20 Lane 872 <br> Chung San South Rd <br> Yung Kang City TPE <br> TAIWAN, R.O.C. | - | | | 12/18/2008 <br> Trade | | | | 0.00 |

Sheet no. __65__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

572.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ugobe, Inc.                                                                    , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/6/2009 Trade | | | | |
| Planetmagpie One W. Campbell Ave. Campbell, CA 95008 | - | | | | | | | 20,565.08 |
| Account No. | | | | 8/14/2008 Ex-Employee | | | | |
| Polit, Prema 5571 Marshall St Oakland, CA 94608 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| PR Newswire Association, LLC G.P.O. Box 5897 New York, NY 10087-5897 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Precision Constructors 25158 Kingsbury Road Middleton, ID 83644 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Protogenic, Inc. 1490 West 121st Avenue Westminster, CO 80234 | - | | | | | | | 0.00 |

Sheet no. __66__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,565.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Prototypes Plus, Inc.<br>162 Constitution Drive<br>Menlo Park, CA 94025 | | - | | 6/5/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Proxy A/S<br>Vesterbrogade 35<br>2nd Floor DK-1620<br>Kobenhavn V<br>DENMARK | | - | | 11/24/2008<br>Trade | | | | 6,274.92 |
| Account No.<br><br>QRG, Ltd.<br>Unit1 MitchellPt. EnsignWay<br>Southampton, Hampshire, SO31 4RF<br>UNITED KINGDOM | | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Quality Communications Inc.<br>212 Murray Street<br>Boise, ID 83714 | | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Quan, Long | | - | | 4/22/2008 | | | | 0.00 |

Sheet no. __67__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,274.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc._____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Quantum Research Group<br>Accounts<br>Waterford, CT 06385 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | - | | 11/25/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Qwest<br>PO 173638<br>Denver, CO 80217-3638 | - | | 7/2/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>R Squared Digital Media, Inc<br>Eric Regner<br>1013 Winding creek drive<br>Eagle, ID 83616 | - | | 4/14/2009<br>Trade | | | | 8,706.10 |
| Account No. 1925<br><br>Radford Surveys & Consulting<br>PO Box 100137<br>Pasadena, CA 91189-0137 | - | | 1/28/2008<br>Trade | | | X | 7,900.00 |

Sheet no. __68__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,606.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                        ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Radley, Gordon <br> 17 Channing Way <br> Sausalito, CA 94965 | - | | 9/10/2008 <br> Ex-BOD | | | | 0.00 |
| Account No. <br><br> Rain Forest, The <br> 5733 San Leandro Street <br> Oakland, CA 94621 | - | | 10/1/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Rees, David <br> 2540 1/2 Foothill Drive <br> Vista, CA 92084 | - | | 4/13/2009 <br> Contractor | | | | 6,987.50 |
| Account No. <br><br> Reyes, Henry <br> 9932 Carrara Circle <br> Cypress, CA 90630 | - | | 7/17/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Right Management <br> P.O. Box 8538-388 <br> Philadelphia, PA 19171-0388 | - | | 8/21/2008 | | | | 0.00 |

Sheet no. __69__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,987.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/24/2008 | | | | |
| Ristagno, Trisha 4600 Adeline Street, # 103 Emeryville, CA 94608 | | - | | | | | 0.00 |
| Account No. | | | 6/11/2008 Trade | | | | |
| Roadway Express P.O. Box 100129 Pasadena, CA 91189-0129 | | - | | | | | 0.00 |
| Account No. | | | Trade | | | | |
| Robert Marketplace, The PO Box 20022 Bradenton, FL 34204 | | - | | | | | 0.00 |
| Account No. | | | 4/22/2008 Trade | | | | |
| Roda Group, The 918 Parker St, Ste A-14 Berkeley, CA 94710 | | - | | | | | 0.00 |
| Account No. | | | 1/30/2009 Ex-Employee | | | | |
| Rowe, Richard 9474 Snow Creek Cir. Stockton, CA 95212 | | - | | | | | 0.00 |

Sheet no. __70__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2/23/2009 Trade | | | | |
| Run Think Measure, Inc. 2115 Rockridge Way Boise, ID 83712-8414 | - | | | | | | | 1,040.67 |
| Account No. | | | | 9/10/2008 Trade | | | | |
| SalesForce.com Po Box 842569 Boston, MA 02284-2569 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Sanwa Toys Development Co., Ltd. HK Office HONG KONG | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Sazo, Lena 505 Ironwood Road Alameda, CA 94502 | - | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| SCCS Systems 112 E. Victory Road Meridian, ID 83642 | - | | | | | | | 0.00 |

Sheet no. __71__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,040.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade | | | | |
| Science Museum Oklahoma 2100 N.E. 52nd Street Oklahoma City, OK 73111 | - | | | | | | | | 0.00 |
| Account No. | | | | | 4/22/2008 Trade | | | | |
| SD Card Association 2400 Camino Ramon, Suite 375 San Ramon, CA 94583 | - | | | | | | | | 0.00 |
| Account No. | | | | | 4/22/2008 Trade | | | | |
| Seapine Software 5412 Courseview Dr. Ste.200 Mason, OH 45040-2389 | - | | | | | | | | 0.00 |
| Account No. | | | | | 8/5/2008 Trade | | | | |
| Seascape One Seascape Resort Drive Aptos, CA 95003 | - | | | | | | | | 0.00 |
| Account No. | | | | | 4/22/2008 | | | | |
| Securities Commission Eastgate Office Building Harrisburg, PA 17102 | - | | | | | | | | 0.00 |

Sheet no. __72__ of __91__ sheets attached to Schedule of                                                    Subtotal                        0.00
Creditors Holding Unsecured Nonpriority Claims                                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                        ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>SEGGER Microcontroller Systems, LLC<br>9 Bartherick Road<br>Westminister, MA 01473 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. O001<br><br>Senario<br>1725 Kilkenny Court<br>Woodstock, IL 60098 | - | | 3/4/2009<br>Trade | | | | 2,425.00 |
| Account No.<br><br>Senario, LLC<br>P.O. Box 88643, Dept A<br>Chicago, IL 60680 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No. 7771<br><br>Sentry Alert Inc.<br>1240 Sixth Street<br>Berkeley, CA 94710-1464 | - | | 2/3/2009<br>Trade | | | | 1,524.00 |
| Account No.<br><br>Servo Magazine<br>P.O. Box 15277<br>NorthHollywood, CA 91615 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __73__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,949.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc._____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Shadow Robo | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Shadrick, Nancy 9627 Shimizu River Circle FountainValley, CA 92708 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Shapiro Buchman Provine & Patton LLP 1333NorthCaliforniaBlvd, S Suite 350 Walnut Creek, CA 94596 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/5/2008 Trade | | | | |
| Sharper Image 350 Embarcadero San Francisco, CA 94105-1218 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 | | | | |
| Sheryl L. Meyer 395 Cranmer Drive Meridian, ID 83642 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __74__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Shiau, Chin <br> 11549 Raintree Spring Ct <br> Cupertino, CA 95014 | - | | 4/22/2008 <br> Contractor | | | | 0.00 |
| Account No. <br><br> Shift Communications LLC <br> 20 Guest St. Ste 200 <br> Brighton, MA 02135-2040 | - | | 1/22/2009 <br> Trade | | | | 54,525.98 |
| Account No. 2378 <br><br> Shred-It Boise <br> 2668 S. Cole Road <br> Boise, ID 83709 | - | | 3/31/2009 <br> Trade | | | | 149.70 |
| Account No. <br><br> Shrestha, Barsha <br> 5125 W. Bloom Street <br> Boise, ID 83703 | - | | 4/14/2009 <br> Contractor | | | | 2,412.80 |
| Account No. <br><br> SmartLift s.r.o. <br> ENSYSCorp,Arango-OrillacBldg <br> 2ndFl, E 54th St,POBox0832-0886WTC <br> PANAMA | - | | 12/18/2008 <br> Trade | | | | 3,453.28 |

Sheet no. __75__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 60,541.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/22/2008 | | | | |
| Softeq 1175 Willow Ave. Sunnyvale, CA 95129 | | - | | | | | 0.00 |
| Account No. | | | 9/12/2008 Trade | | | | |
| Solid Design 5515 Doyle Street Emeryville, CA 94608 | | - | | | | | 0.00 |
| Account No. | | | 8/15/2008 Contractor | | | | |
| Sosoka III, John 1537 N Watson Way Eagle, ID 83616-7015 | | - | | | | | 0.00 |
| Account No. | | | 4/14/2009 Employee, founder, CTO/ Wages, PTO | | | | |
| Sosoka, John 1537 N. Watson Way Eagle, ID 83616-7015 | | - | | | | | 33,089.68 |
| Account No. | | | 9/26/2008 | | | | |
| Southworth, Nathaniel 5 Pendenza Cobham Surrey GREAT BRITAIN | | - | | | | | 0.00 |

Sheet no. __76__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     33,089.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Spectrum Rep Company, Inc. 31324 Via Colinas, #112 WestlakeVillage, CA 91362 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 6/17/2008 Trade | | | | |
| Spirit of Toys, The 2 Sanford Road #4 Nantucket, MA 02554 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 11/6/2008 Ex-Employee | | | | |
| Stern, Diana 6041 Girvin Dr Oaland, CA 94611-2458 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 3/24/2009 Trade | | | | |
| Stetron International Inc. 90 Broadway Buffalo, NY 14203 | - | | | | | | | |
| | | | | | | | | 39,313.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Studio B Attn: David Collier 2121 Bonar Street, Studio B Berkeley, CA 94702 | - | | | | | | | |
| | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __77__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 39,313.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Studio III<br>121 S. Five Mile Road<br>Boise, ID 83709 | - | | 4/22/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Su, Jesse<br>Five Star International<br>Los Altos, CA | - | | 4/22/2008<br>Contractor | | | | 0.00 |
| Account No.<br><br>Suarez, Rafael<br>5621 Fleming Ave<br>Oakland, CA 94605-1127 | - | | 4/14/2009<br>Employee/Wages, PTO | | | | 3,366.33 |
| Account No.<br><br>Sunny Data / Time System Trading<br>Fl. 6, NO. 2, Lane 74, Sec.2<br>TAIWAN, R.O.C. | - | | 12/5/2008<br>Trade | | | | 1,409.10 |
| Account No.<br><br>Superior Press<br>11930 Hamden Place<br>SantaFeSprings, CA 90670 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __78__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,775.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>T.C. Transportation, Inc.<br>PO Box 2426<br>S. SanFrancisco, CA 94083 | - | | 11/25/2008<br>Trade | | | | 143.45 |
| Account No. 1<br><br>Taleo<br>4140 Dublin Blvd<br>Dublin, CA 94568 | - | | 2/8/2009<br>Trade | | | | 4,856.00 |
| Account No.<br><br>Tamara L. Thompson, Esq.<br>229 Brannan Street Suite 18G<br>San Francisco, CA 94107 | - | | 1/6/2009<br>Trade | | | | 0.00 |
| Account No.<br><br>Tanedo, Fernand | | | 12/8/2008<br>Ex-Employee | | | | 201.00 |
| Account No.<br><br>Tango Graphics<br>938 S. Amphlett Blvd.<br>San Mateo, CA 94402 | - | | 4/22/2008<br>Trade | | | | 0.00 |

Sheet no. __79__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,200.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/24/2008 | | | | |
| Taylo, Tim Taylor Services San Francisco, CA | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 7/24/2008 Trade | | | | |
| TechDepot PO Box 33074 Hartford, CT 06150-3074 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 1/30/2009 Trade | | | | |
| TechHelp 1910 University Drive Boise, ID 83725 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 8/7/2008 Trade | | | | |
| TLSzulc 2851 Fillmore Street #6 San Francisco, CA 94123 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 4/22/2008 Ex-Employee | | | | |
| Tom, Danny 225 Oak Road Alamo, CA 94507 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __80__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                         ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tontek Design Technology Ltd <br> 6F No.166 Chien I Road <br> Chung Ho City TPE <br> TAIWAN, R.O.C. | - | | 12/9/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Top Toy (Hong Kong) Ltd. <br> Room 1105, 11/F <br> Central Plaza <br> Wanchai <br> HONG KONG | - | | 10/10/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Torre, Kimarie <br> 1875 Sacramento St. Apt 3 <br> San Francisco, CA 94109 | - | | 4/22/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Toy Partner <br> Avenida Barcelona <br> 109- 1A Planta <br> 08970 Sant Joan Despi BA <br> SPAIN | - | | 10/7/2008 <br> Trade | | | | 975.00 |
| Account No. 2002 <br><br> Trademark Public Relations GmbH <br> Goethestr. 66 <br> 80336 Munchen <br> GERMANY | - | | 4/14/2009 <br> Trade | | | | 29,500.00 |

Sheet no. __81__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 30,475.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2002<br><br>Trademark Public Relations GmbH<br>Goethestr. 66<br>80336 Munchen<br>GERMANY | | - | 4/14/2009<br>Trade; Claim amount converted from Euros 4/16/09 at Oanda.com | | | | 8,486.44 |
| Account No.<br><br>Trans World Freight System Corp<br>155-11 146 Ave<br>Jamaica, NY 11434 | | - | 4/24/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>TRG-Technology Resource Group<br>Attn: Jared Souer<br>3033 Excelsior blvd.<br>Minneapolis  55416, MN 55416 | | - | 8/12/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>TRIAD Technologies Ltd., Co.<br>11F-1, No. 147<br>Dashun 2nd RD, Sanmin<br>TAIWAN, R.O.C. | | - | 11/25/2008<br>Trade | | | | 86,260.32 |
| Account No.<br><br>Tu, Kwok<br>1378 Coppa Court<br>San Leandro, CA 94579 | | - | 4/22/2008 | | | | 0.00 |

Sheet no. __82__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,746.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                                 ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3765<br><br>tw telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | | - | | 4/15/2009<br>Trade | | | | 5,611.76 |
| Account No.<br><br>Ucube / Comm Tec Corporation<br>Attn: Lobo Chang<br>Bao-Chiao Rd TPE<br>TAIWAN, R.O.C. | | - | | 10/9/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>UGBA<br>3F, No 28, Lane 128<br>JingYe 1st Rd<br>Taipei 104<br>TAIWAN, R.O.C. | | - | | 11/18/2008<br>Trade | | | | 2,636.31 |
| Account No.<br><br>Ugobe Asia Ltd.<br>3F, No 28<br>Jing Taipei<br>TAIWAN, R.O.C. | | - | | 4/24/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Ugobe, Inc. Boise<br>335 S. Edgewood Lane,<br>Suite 140<br>Eagle, ID 83616 | | - | | 4/24/2008<br>Trade | | | | 0.00 |

Sheet no. __83__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,248.07

B6F (Official Form 6F) (12/07) - Cont.

In re   Ugobe, Inc.                                                                    ,        Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/9/2008 Trade | | | | |
| Uline Shipping Supply Specialists 2200 S. Lakerside Drive Waukegan, IL 60085 | - | | | | | | 0.00 |
| Account No. | | | 9/18/2008 Trade | | | | |
| UPS P.O. Box 894820 Los Angeles, CA 90189-4820 | - | | | | | | 0.00 |
| Account No. | | | 4/8/2009 Trade; Claim amount converted from Australian Dollars 4/16/09 at Oanda.com | | | | |
| Upstream Austrailia Level 10, 32 martin Place Sydney NSW 2000 AUSTRALIA | - | | | | | | 5,949.23 |
| Account No. | | | 4/24/2008 Trade | | | | |
| Uptime Resources 497 Carolina Street San Francisco, CA 94107 | - | | | | | | 0.00 |
| Account No. | | | 4/24/2008 Trade | | | | |
| US Voice & Data db: US Voice & Data Walnut Creek, CA 94595-1178 | - | | | | | | 0.00 |

Sheet no. __84__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,949.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/29/2008 Trade | | | | |
| USB Implementors Forum, Inc. 3855 SW 153rd Drive Beaverton, OR 97006 | - | | | | | | 4,000.00 |
| Account No. | | | 4/22/2008 | | | | |
| Utz, Clayton | - | | | | | | 0.00 |
| Account No. | | | 12/4/2008 | | | | |
| VES&D 81 K Marx Av. Of. 15 Dnepropetrovsk 49000 UKRAINE | - | | | | | | 0.00 |
| Account No. | | | 12/12/2008 Trade | | | | |
| Vigor Precision, Ltd 8th Fl, Flat A1, A4-A8 8/F Block A Texaco Road Industrial Center 256-264 HONG KONG | - | | | | | | 0.00 |
| Account No. | | | 4/24/2008 | | | | |
| Vincent M. DePalma, PhD 7181 Scarsdale Place San Jose, CA 95120 | - | | | | | | 0.00 |

Sheet no. __85__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      Ugobe, Inc.                                                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/24/2008 Trade | | | | |
| VisaRite Services 460 Van Emburgh Ave Ridgewood, NJ 07450 | - | | | | | | 0.00 |
| Account No. | | | 4/24/2008 Trade | | | | |
| Viscom Technical Publications, Inc. 10822 Bodley Street Boise, ID 03709 | - | | | | | | 0.00 |
| Account No. | | | 11/19/2008 Trade | | | | |
| Vivid Imaginations Ashbourne House GU GUS1LS GREAT BRITAIN | - | | | | | | 0.00 |
| Account No. | | | 4/24/2008 Trade | | | | |
| Vivien Chan & Co. 58/F, Two International Finance Centre 8 finance street Central Hong Kong | - | | | | | | 0.00 |
| Account No. | | | 4/24/2008 Trade | | | | |
| Vorel Company LLC 22371 Sunbrook Mission Viejo, CA 92692 | - | | | | | | 0.00 |

Sheet no. __86__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 1<br><br>VSP<br>P.O. Box 45210<br>San Francisco, CA 94145 | - | | | 3/18/2009<br>Trade | | | | 609.21 |
| Account No.<br><br>Wailly Technology Limited<br>Fook Hong Industrial Bldg.<br>Kowloon Bay<br>HONG KONG | - | | | 10/24/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Wallpaper Warehouse<br>8017 Fairview Ave<br>Boise, ID 83704 | - | | | 7/17/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Walquist, Brent  / Beta Media Group<br>Brent Walquist<br>497 5th ave.<br>Brooklyn, NY 11215 | - | | | 9/4/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Wang & Wang<br>455 Market Street<br>San Francisco, CA 94105 | - | | | 4/24/2008<br>Trade | | | | 0.00 |

Sheet no. __87__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    609.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Ugobe, Inc. _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/22/2008 | | | | |
| Ward, Brigitte 120 Dynamic Drive unit 22 | | - | | | | | | 0.00 |
| Account No. | | | | 4/22/2008 Trade | | | | |
| Washburn, Charles 2744 Morgan Dr. San Ramon, CA 94583 | | - | | | | | | 0.00 |
| Account No. | | | | 4/24/2008 Trade | | | | |
| Wells Fargo P.O. Box 6995 Portland, OR 97228-6995 | | - | | | | | | 0.00 |
| Account No. | | | | 12/9/2008 Trade | | | | |
| Wells Fargo Business Card Payment Remittance Center Los Angeles, CA 97228 | | - | | | | | | 4,135.56 |
| Account No. | | | | 4/14/2009 Trade | | | | |
| Wen, Andrew 5822 Ivanhoe Rd Oakland, CA 94618 | | - | | | | | | 4,478.10 |

Sheet no. __88__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   8,613.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                                        ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wide Eye Productions, Inc. <br> 1018 W Hays St. <br> Boise, ID 83704 | - | | 4/24/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Wilson, Maisha <br> 6669 Sobrante Rd. <br> Oakland, CA 94611 | - | | 4/22/2008 <br> Ex-Employee | | | | 0.00 |
| Account No. <br><br> Wilson, Mondre Lee <br> 2334 Park Blvd, #3 <br> Oakland, CA 94606 | - | | 4/22/2008 | | | | 0.00 |
| Account No. <br><br> Wired <br> PO Box 37704 <br> Boone, IA 50037-0704 | - | | 4/24/2008 <br> Trade | | | | 0.00 |
| Account No. <br><br> Wooldridge, Diana <br> 1077 Polk St. #1 <br> Eugene, OR 97402 | - | | 6/20/2008 | | | | 0.00 |

Sheet no. __89__ of __91__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc. _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wu & Partners<br>10F. 214 Tun Hwa North Road<br>TAIWAN, R.O.C. | - | | 4/24/2008<br>Trade | | | | 0.00 |
| Account No.<br><br>Wye, Mitch Van<br>Critical Path Technologies<br>Jamestown, CA 95327 | - | | 4/22/2008<br>Ex-Employee | | | | 0.00 |
| Account No.<br><br>XEODesign<br>5273 College Ave, Suite 201<br>Oakland, CA 94618 | - | | 11/20/2008<br>Trade | | | X | 54,646.90 |
| Account No.<br><br>Zarian Midgley & Johnson PLLC<br>University Plaza 960<br>S. Broadway Ave.<br>Boise, ID 83706 | - | | 3/12/2009<br>Trade | | | | 6,364.30 |
| Account No.<br><br>Zeller International<br>15261 State Highway 30<br>Downsville, NY 13755 | - | | 4/24/2008<br>Trade | | | | 0.00 |

Sheet no. __90__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,011.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Ugobe, Inc.                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Zietsman, Andre P.R.<br>1145 8th Street<br>Hermosa Beach, CA 90254 | - | | | 8/11/2008<br>Ex-Employee | | | | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __91__ of __91__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 0.00 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 3,193,586.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    Ugobe, Inc.                                                                           ,    Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hollis Street Project<br>P.O. Box 8685<br>Emeryville, CA 94662-0685 | Lease on office space at 5900 Hollis Street, initially Suite T2, subsequently Suite V, Emeryville, CA; balance $49,666.94 as of 4/3/2009 |
| Montague-Sauriol, LLC<br>199 Rooster Drive<br>Eagle, ID 83616 | Lease on office space at 1125 E State Street, Eagle, ID; balance $20,545.08 as of 4/3/2009 |
| Perspective Branding<br>134 Linden Street<br>Oakland, CA 94607 | Lease on office space at 5900 Hollis Street, Suite U, Emeryville, CA; balance $35,806.97 as of 2/23/2009 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6H (Official Form 6H) (12/07)**

In re    Ugobe, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    Ugobe, Inc. _____    Case No. _____
                                              Debtor(s)      Chapter    7 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO and Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___142___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 17, 2009 _____         Signature    /s/ Caleb Chung _____
                                                            Caleb Chung
                                                            CEO and Director

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    Ugobe, Inc. _____    Case No. _____

_____ Debtor(s)    Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $209,669.02 | Gross income 1/1/09 - 4/16/09 |
| $19,200,000.00 | Gross income 2008 |
| $220,000.00 | Gross income 2007 |

2

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment to Question 3(b) | | $0.00 | $0.00 |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment to Question 3(c) | | $0.00 | $0.00 |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cross Town Movers v. Ugobe, Inc., No. CV SC 09-05117 | Small claims court | Boise, Idaho | $342.00 paid by Ugobe |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None ☐   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Colin Lisle/ Intertoy Inc. Brunswick Court Victoria Street West Yorkshire LS22 6RE GREAT BRITAIN | unknown | 320 Pleo robotic toys |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9.  Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| Wells Fargo<br>PO Box 63020<br>San Francisco, CA 94163 | Certificate of deposit #9744 | $25,671.60; 4/10/2009 |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 5900 Hollis Street<br>Suite T2<br>Emeryville, CA 94608 | Ugobe, Inc. | 1/1/2006 - 2/2008 |
| 5900 Hollis Street<br>Suite V<br>Emeryville, CA 94608 | Ugobe, Inc. | 8/16/2008 - 12/18/2008 |
| 5900 Hollis Street<br>Suite U<br>Emeryville, CA 94608 | Ugobe, Inc. | 2/2008 - 8/15/2008 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gasper, Elizabeth<br>570 Piney Creek Road<br>Reno, NV 89511 | August 2006 - December 31, 2008 |
| Doug Swanson<br>3552 Dearfield Dr<br>Eagle, ID 83616 | January 1, 2009 - April 16, 2009 |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

7

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS
Ugobe, Inc.                                                     1125 E State Street
                                                               Eagle, ID 83616

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

                                                               DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR                 (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                          NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| Frontier Management Group | | A-round stock funding; 4.26M shares = |
| 15A-C, HuaMin Empire Plaza | | 8.19% |
| 728 YanAnRoad (West) | | |
| Shanghai 200050 | | |
| CHINA | | |
| | | |
| Hyield Venture Capital Co. Ltd. | | B-round stock funding; 3.04M shares = |
| 15F, No. 207, Sec, Peishin Rd | | 5.86% |
| Hindian City (23143) Taipai | | |
| Hsieh, Taiwan | | |
| ROC | | |
| | | |
| Pacific Wealth Consultants, Ltd | | B & C round stock funding; 6.41M shares = |
| 7-5, Sekido 1-chome | | 12.32% |
| Tamashi | | |
| Tokyo 206-8550 | | |
| JAPAN | | |
| | | |
| Christopher, Bob | | Common shares; 2.84M shares = 5.46% |
| 4 Soule Rd | | |
| Orinda, CA 94563 | | |
| | | |
| Chung, Caleb | CEO and Director | |
| 3460 Plantation River Drive | | |
| Boise, ID 83703 | | |

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Christopher, Bob<br>4 Soule Rd<br>Orinda, CA 94563 | CEO | July 2008 |
| Gasper, Elizabeth<br>570 Piney Creek Road<br>Reno, NV 89511 | CFO/ CEO | December 2008 |
| Pensel, Ed<br>101 Hedwig Ct.<br>Cary, NC 27518 | Director | April 22, 2008 |
| Radley, Gordon<br>17 Channing Way<br>Sausalito, CA 94965 | Director | September 10, 2008 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|-----------------------------------------------------------|-----------------------------------|-----------------------------------------------------------|
| Bob Christopher<br>4 Soule Rd<br>Orinda, CA 94563<br>  Former CEO | 3/15/2007 | Original amount $6,020.63;<br>Remaining amount $2,674.16 |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 17, 2009                              Signature    /s/ Caleb Chung

                                                                Caleb Chung
                                                                CEO and Director

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Payments (>$5,475) to any creditors within 90 days**
**January 14, 2009 - April 14, 2009**

| Type | Num | Date | Name | Item | Account | Amount HKD | Amount USD | Paid Amount | Original amount |
|------|-----|------|------|------|---------|-----------|-----------|-------------|-----------------|
| | | 4/14/2009 | Yan Chan | HK wage | | | 3,857.00 | | |
| | | 4/14/2009 | George Lam | HK wage | | 20,475 | 2625.59 | | |
| | | 4/14/2009 | John Chung | HK wage | | 10,250 | 1314.5 | | |
| | | 4/14/2009 | Kitty Lau | HK wage | | 3918.34 | 501.36 | | |
| | | 2/5/2009 | Liz Gasper | wage/expense | | | 21977.02 | | |
| | | 4/14/2009 | Doug Swanson | wage/expense | | | 28399.27 | | |

| Posting Date | Due Date | Series | Doc. No. | Trans. No. | Remarks | Offset Acct | Offset Acct Name | Deb./Cred. (LC) |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Assets | 11100-00-000-0000 | | | | Sweep Checking Account (GEN, GEN, GEN) | | | |
| 1/19/2009 | 1/19/2009 | Primary | PS 1089 | 4964 | Outgoing P | V10026 | American Express | ($11,278.25) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1090 | 4965 | Outgoing P | V10565 | Barsha Shrestha | ($1,537.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1091 | 4966 | Outgoing P | V10201 | Gerry Ens | ($14.35) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1092 | 4967 | Outgoing P | V10564 | The Lincoln National I | ($1,599.43) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1093 | 4968 | Outgoing P | V10066 | Blue Shield of CA | ($11,247.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1094 | 4969 | Outgoing P | V10087 | Casey Hunt | ($89.48) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1095 | 4970 | Outgoing P | V10134 | David Rees | ($3,500.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1096 | 4971 | Outgoing P | V10614 | Callie Bates | ($160.27) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1097 | 4972 | Outgoing P | V10615 | Computer Stop, Inc. | ($1,050.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1098 | 4973 | Outgoing P | V10259 | Jeremy Bishop | ($5,000.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1099 | 4974 | Outgoing P | V10469 | TechHelp | ($2,068.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1100 | 4975 | Outgoing P | V10268 | John Lundberg | ($43.43) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1101 | 4976 | Outgoing P | V10362 | Noetic Design, Inc. | ($4,434.42) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1102 | 4977 | Outgoing P | V10549 | Stephanie Williams | ($2,520.00) |
| 1/19/2009 | 1/19/2009 | Primary | PS 1103 | 4978 | Outgoing P | V10407 | R Squared Digital Mec | ($8,515.00) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1104 | 4990 | Outgoing P | V10165 | Elizabeth Gasper | ($3,926.16) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1105 | 4991 | Outgoing P | V10141 | Dell Financial Services | ($209.00) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1106 | 4992 | Outgoing P | V10180 | FEDEX | ($4,188.48) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1107 | 4993 | Outgoing P | V10234 | Idaho Power | ($852.60) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1108 | 4994 | Outgoing P | V10241 | Intermountain Gas Co | ($628.26) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1109 | 4995 | Outgoing P | V10585 | Fond Express Int'l (SF( | ($675.60) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1110 | 4996 | Outgoing P | V10014 | Adecco Technical | ($5,085.76) |
| 1/20/2009 | 1/20/2009 | Primary | PS 1111 | 4997 | Outgoing P | V10348 | Montague-Sauriol, LL | ($15,272.54) |
| 1/21/2009 | 1/22/2009 | Primary | PS 1112 | 5000 | Outgoing P | V10616 | Derek P Dotson | ($5,000.00) |
| 1/21/2009 | 1/23/2009 | Primary | PS 1113 | 5001 | Outgoing P | V10038 | Arrow Electronics | ($13,000.00) |
| 1/21/2009 | 1/22/2009 | Primary | PS 1114 | 5002 | Outgoing P | V10615 | Computer Stop, Inc. | ($2,193.94) |
| 1/23/2009 | 1/23/2009 | Primary | PS 1115 | 5004 | Outgoing P | V10100 | Citrix Online, LLC | ($1,200.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1116 | 5113 | Outgoing P | V10014 | Adecco Technical | ($4,701.64) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1117 | 5114 | Outgoing P | V10066 | Blue Shield of CA | ($13,546.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1118 | 5115 | Outgoing P | V10087 | Casey Hunt | ($89.28) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1119 | 5116 | Outgoing P | V10100 | Citrix Online, LLC | ($900.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1120 | 5117 | Outgoing P | V10133 | David Page | ($81.43) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1121 | 5118 | Outgoing P | V10134 | David Rees | ($3,500.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1122 | 5119 | Outgoing P | V10241 | Intermountain Gas Co | ($267.87) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1123 | 5120 | Outgoing P | V10241 | Intermountain Gas Co | ($846.86) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1124 | 5121 | Outgoing P | V10259 | Jeremy Bishop | ($5,491.65) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1125 | 5122 | Outgoing P | V10277 | Julia Demaree | ($161.11) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1126 | 5123 | Outgoing P | V10280 | Kaiser Foundation He | ($6,308.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1127 | 5124 | Outgoing P | V10296 | Larry McCracken | ($1,732.15) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1128 | 5125 | Outgoing P | V10330 | Melita Group | ($250.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1129 | 5126 | Outgoing P | V10334 | MetLife | ($2,291.36) |
| Assets | 2/4/2009 | Primary | PS 1130 | 5127 | Outgoing P | V10362 | Noetic Design, Inc. | ($7,428.16) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1131 | 5128 | Outgoing P | V10405 | Quill Corporation | ($5.84) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1132 | 5129 | Outgoing P | V10407 | R Squared Digital Mec | ($7,185.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1133 | 5130 | Outgoing P | V10519 | VSP | ($714.91) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1134 | 5131 | Outgoing P | V10549 | Stephanie Williams | ($3,605.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1135 | 5132 | Outgoing P | V10558 | Hon Hai Precision Ind | ($1,334.84) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1136 | 5133 | Outgoing P | V10564 | The Lincoln National I | ($1,993.90) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1137 | 5134 | Outgoing P | V10565 | Barsha Shrestha | ($3,422.00) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1138 | 5135 | Outgoing P | V10592 | Planetmagpie | ($3,156.43) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1139 | 5136 | Outgoing P | V10595 | Andrew Wen | ($1,011.80) |
| 2/4/2009 | 2/4/2009 | Primary | PS 1140 | 5137 | Outgoing P | V10614 | Callie Bates | ($80.00) |

**Payments (>$5,475) to any creditors within 90 days**
**January 14, 2009 - April 14, 2009**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/4/2009 | 2/4/2009 Primary | PS 1141 | 5138 Outgoing P V10615 | Computer Stop, Inc. | ($885.67) |
| 2/4/2009 | 2/4/2009 Primary | PS 1143 | 5140 Outgoing P V10617 | Eagle Capital, LLC | ($2,388.54) |
| 2/4/2009 | 2/4/2009 Primary | PS 1144 | 5141 Outgoing P V10618 | Teresa H. Burke-Ellet | ($91.11) |
| 2/4/2009 | 2/4/2009 Primary | PS 1145 | 5142 Outgoing P V10620 | Douglas A. Swanson | ($8.58) |
| 2/4/2009 | 2/4/2009 Primary | PS 1146 | 5143 Outgoing P V10621 | CT Corporation Syster | ($150.80) |
| 2/4/2009 | 2/4/2009 Primary | PS 1120 | 5148 Reverse En V10133 | David Page | $81.43 |
| 2/5/2009 | 2/5/2009 Primary | PS 1142 | 5139 Outgoing P V10616 | Derek P Dotson | ($5,000.00) |
| 2/5/2009 | 2/5/2009 Primary | PS 1147 | 5144 Outgoing P V10608 | Origin Design | ($3,150.00) |
| 2/11/2009 | 2/11/2009 Primary | JE 5166 | 5166 Online Pay V10601 | AICCO, Inc. | ($1,072.83) |
| 2/11/2009 | 2/11/2009 Primary | PS 1148 | 5169 Outgoing P V10348 | Montague-Sauriol, LL+ | ($7,600.00) |
| 2/19/2009 | 2/19/2009 Primary | PS 1149 | 5192 Outgoing P V10038 | Arrow Electronics | ($20,000.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1150 | 5200 Outgoing P V10167 | Ellen Wang | ($442.93) |
| 2/23/2009 | 2/23/2009 Primary | PS 1151 | 5201 Outgoing P V10272 | John Sosoka | ($285.09) |
| 2/23/2009 | 2/23/2009 Primary | PS 1152 | 5202 Outgoing P V10277 | Julia Demaree | ($35.55) |
| 2/23/2009 | 2/23/2009 Primary | PS 1153 | 5203 Outgoing P V10595 | Andrew Wen | ($514.92) |
| 2/23/2009 | 2/23/2009 Primary | PS 1154 | 5204 Outgoing P V10623 | Trang Le | ($327.20) |
| 2/23/2009 | 2/23/2009 Primary | PS 1155 | 5205 Outgoing P V10134 | David Rees | ($2,000.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1156 | 5206 Outgoing P V10259 | Jeremy Bishop | ($2,000.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1157 | 5207 Outgoing P V10296 | Larry McCracken | ($811.39) |
| 2/23/2009 | 2/23/2009 Primary | PS 1158 | 5208 Outgoing P V10362 | Noetic Design, Inc. | ($2,500.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1159 | 5209 Outgoing P V10407 | R Squared Digital Mee | ($2,000.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1160 | 5210 Outgoing P V10549 | Stephanie Williams | ($2,000.00) |
| 2/23/2009 | 2/23/2009 Primary | PS 1161 | 5211 Outgoing P V10593 | Dan Gregson | ($1,563.76) |
| 2/23/2009 | 2/23/2009 Primary | PS 1162 | 5212 Outgoing P V10620 | Douglas A. Swanson | ($2,144.64) |
| 2/25/2009 | 2/25/2009 Primary | PS 1163 | 5214 Outgoing P V10268 | John Lundberg | ($78.36) |

## Payments via Wire Transfers

| Posting Date | Due Date | Series | Doc. No. | Trans. No. Remarks | Offset Acct | Offset Acct Name | Deb./Cred. (LC) |
|---|---|---|---|---|---|---|---|
| 2/4/2009 | | | | | | Ugobe Asia, Ltd | 13,950.00 |
| 2/6/2009 | | | | | | Jetta | 14,543.30 |
| 2/9/2009 | | | | | | Ugobe Asia, Ltd | 11,300.00 |
| 2/11/2009 | | | | | | Jetta | 275.30 |
| 2/12/2009 | | | | | | Vivid Imaginations | 37,634.10 |
| 2/13/2009 | | | | | | Jetta | 37,000.00 |
| 2/19/2009 | | | | | | Jetta | 56.19 |
| 2/27/2009 | | | | | | Metropolitan Life | 2,076.39 |
| 2/27/2009 | | | | | | TW Telcom | 5,054.62 |
| 2/27/2009 | | | | | | Jetta | 1,887.98 |
| 2/27/2009 | | | | | | Jetta | 911.19 |
| 3/2/2009 | | | | | | Federal Express | 1,997.83 |
| 3/2/2009 | | | | | | Federal Express | 1,465.19 |
| 3/3/2009 | | | | | | Dell Financial | 639.00 |
| 3/17/2009 | | | | | | Jetta | 29,612.10 |
| 3/19/2009 | | | | | | Perkins Coie | 1,500.00 |
| 4/3/2009 | | | | | | Perkins Coie | 15,322.54 |
| 4/7/2009 | | | | | | Perkins Coie | 35,000.00 |
| 4/14/2009 | | | | | | Jetta | 139,606.12 |
| 4/15/2009 | | | | | | Ugobe Asia, Ltd | 8,298.45 |

## Payments via hand written checks

| Posting Date | Due Date | Series | Doc. No. | Trans. No. Remarks | Offset Acct | Offset Acct Name | Deb./Cred. (LC) |
|---|---|---|---|---|---|---|---|
| 4/8/2009 | | | 5054 | | | Crosstown Movers | 342 |
| 4/2/2009 | | | 5053 | | | Idaho Power | 501.56 |
| 4/2/2009 | | | 5052 | | | Intermountain Gas | 615.03 |
| 4/1/2009 | | | 5051 | | | Planetmagpie | 2,000.00 |
| 4/1/2009 | | | 5050 | | | Monague-Sauriol LLC | 3,000.00 |
| 3/25/2009 | | | 5049 | | | High Performance Cle | 863.69 |
| 3/26/2009 | | | 5048 | | | | 129.32 |
| 3/16/2009 | | | 5047 | | | Barsha Shrestha | 2,076.40 |

**Payments to Creditors Who Are or Were Insiders**
**April 14, 2008 - April 14, 2009**

| # | Document | Posting Date | Vendor Name | Applied Amount | |
|---|----------|--------------|-------------|----------------|---|
| 1 | PU 2041 | 8/20/2008 | Elizabeth Gasper | $4,072.17 | |
| 2 | PU 2044 | 8/22/2008 | Elizabeth Gasper | $7,200.00 | |
| 3 | PU 2077 | 9/1/2008 | Elizabeth Gasper | $7,200.00 | |
| 4 | PU 2200 | 9/5/2008 | Elizabeth Gasper | $7,200.00 | |
| 5 | PU 2239 | 9/30/2008 | Elizabeth Gasper | $772.41 | |
| 6 | PU 2240 | 10/2/2008 | Elizabeth Gasper | $155.59 | |
| 7 | PU 2241 | 9/30/2008 | Elizabeth Gasper | $8,393.33 | |
| 8 | PU 2302 | 9/1/2008 | Elizabeth Gasper | $7,200.00 | |
| 9 | PU 2303 | 9/30/2008 | Elizabeth Gasper | $7,200.00 | |
| 10 | PU 2307 | 9/1/2008 | Elizabeth Gasper | $7,200.00 | |
| 11 | PU 2308 | 10/1/2008 | Elizabeth Gasper | $3,845.95 | |
| 12 | PU 2309 | 10/10/2008 | Elizabeth Gasper | $447.00 | |
| 13 | PU 2709 | 11/1/2008 | Elizabeth Gasper | $266.92 | |
| 14 | PU 2710 | 11/30/2008 | Elizabeth Gasper | $683.92 | |
| 15 | PU 2711 | 12/10/2008 | Elizabeth Gasper | $917.65 | |
| 16 | PU 2712 | 11/20/2008 | Elizabeth Gasper | $2,954.90 | |
| 17 | PU 2716 | 11/1/2008 | Elizabeth Gasper | $2,022.46 | |
| 18 | PU 2757 | 12/1/2008 | Elizabeth Gasper | $39.39 | |
| 19 | PU 2758 | 12/1/2008 | Elizabeth Gasper | $85.16 | |
| 20 | PU 2759 | 12/1/2008 | Elizabeth Gasper | $763.48 | |
| 21 | PU 2760 | 12/1/2008 | Elizabeth Gasper | $207.94 | |
| 22 | PU 2761 | 12/1/2008 | Elizabeth Gasper | $350.71 | |
| 23 | PU 2762 | 12/10/2008 | Elizabeth Gasper | $927.66 | |
| 24 | PU 2763 | 12/31/2008 | Elizabeth Gasper | $1,016.97 | |
| 25 | PU 2764 | 12/20/2008 | Elizabeth Gasper | $534.85 | |
| 26 | PU 1586 | 7/18/2008 | Elizabeth Gasper | $7,200.00 | |
| 27 | PU 1726 | 7/31/2008 | Elizabeth Gasper | $7,200.00 | |
| 28 | PU 1798 | 8/15/2008 | Elizabeth Gasper | $7,200.00 | |
| 29 | PU 1945 | 8/31/2008 | Elizabeth Gasper | $3,962.71 | |
| 30 | PC 1029 | 9/5/2008 | Elizabeth Gasper | ($26.90) | |
| 31 | PC 1044 | 9/30/2008 | Elizabeth Gasper | ($7,200.00) | |
| 32 | PC 1045 | 9/1/2008 | Elizabeth Gasper | ($7,200.00) | |
| 33 | | 2009 Wages | Elizabeth Gasper | $46,140.62 | Note: 4/15/08 - 12/31/08 |
| | | Q1 09 wages | Elizabeth Gasper | $21,977.02 | |
| | | | **Total** | **$150,911.91** | |

**Payments to Creditors Who Are or Were Insiders**
**April 14, 2008 - April 14, 2009**

| | Document | Posting Date | Vendor Name | Applied Amount | |
|---|---|---|---|---|---|
| 1 | PU 1282 | 6/19/2008 | Bob Christopher | $337.64 | |
| 2 | PU 1473 | 7/5/2008 | Bob Christopher | $3,178.27 | |
| 3 | PU 1584 | 7/25/2008 | Bob Christopher | $20,599.41 | |
| 4 | PU 1769 | 7/5/2008 | Bob Christopher | $3,555.67 | |
| 5 | PC 1038 | 9/30/2008 | Bob Christopher | ($3,178.27) | |
| 6 | PC 1039 | 9/30/2008 | Bob Christopher | ($3,555.67) | |
| 7 | PC 1057 | 11/1/2008 | Bob Christopher | ($494.95) | |
| 8 | Wages/Severance | | Bob Christopher | $160,945.09 | Note: 4/15/08 - 10/23/08 |
| | | | **Total** | **$181,387.19** | |

| | Document | Posting Date | Vendor Name | Applied Amount | |
|---|---|---|---|---|---|
| | wages | | Doug Swanson | 25827 | Note: 1/5/09 - 4/14/09 |
| 1 | Exp | 1/8/2009 | Doug Swanson | 8.58 | |
| 2 | Exp | 1/14/2009 | Doug Swanson | 608.61 | |
| 3 | Exp | 1/26/2009 | Doug Swanson | 1149.6 | |
| 4 | Exp | 2/12/2009 | Doug Swanson | 304.9 | |
| 5 | Exp | 2/17/2009 | Doug Swanson | 81.53 | |
| 6 | Exp | 3/16/2009 | Doug Swanson | 289.73 | |
| 7 | Exp | 3/23/2009 | Doug Swanson | 129.32 | |
| | | | **Total** | **28399.27** | |

## United States Bankruptcy Court
### District of Idaho

In re    Ugobe, Inc.                                             Case No.

                                      Debtor(s)          Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the CEO and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    April 17, 2009                    /s/ Caleb Chung
                                           Caleb Chung/CEO and Director
                                           Signer/Title

4syth Group, Inc.
120 Teresita Way
Los Gatos, CA 95032

Alameda Dept. of Child Support Services
CA State Disbursement Unit
W. Sacramento, CA 95798

Anywhere  PC Repair
931  Ashby Ave.
Berkeley, CA 94710

Abbott,  Lisa
4101 Lyman Rod
Oakland, CA 94602

Alarm Systems Integration (ASI)
2169 S. Centurion Place
Boise, ID 83709

Apex Materials Corporation
10761 Indian Head Ind. Blvd.
St. Louis, MO 63132

AccessLine Communications
Department LA 22266
Pasadena, CA 91185-2266

All American
230 Devcon Drive
San Jose, CA 95112

Apollo Consulting
100 California Street,
Suite 620
San Francisco, CA 94111-4537

AccuServe  Inc.
1040 Avenue of the Americas
Suite 2400
New York, NY 10018

Allan, Calvin
615 N. 18th St
Boise, ID 83702

Appelhof,  Greg
219 Homedale Rd.
Hopkins, MN 55343

ACG
6130 Stoneridge Mall Rd.
Suite 225
Pleasanton, CA 94608

Allied Waste Services
P.O.Box 78829
Phoenix, AZ 85062-8829

APPRO Photoelectron Inc.
6F, No.23, Syuan Road
Shinjuang City TPI 242
TAIWAN, R.O.C.

Actebis Peacock GmbH
Graf-Zeppelin-Str.9
D-33181 Bad Wunnenberg-Haaren
GERMANY

Almost   Everything Communications
627 Evelyn Avenue
Albany, CA 94706

AraToys
Bd. Timisoara 26Z
Anchor Plaza,Corp.A,6th Flr
Bucuresti
ROMANIA

Active Office Furniture
4557 W. Chinden Blvd
Boise, ID 83714-4753

Amazing Toys
515 Central Ave
Great Fall, MT 59401

Arcadian  Sales.com
11 Muller Place
Little Falls, NJ 07424

Ada County Treasurer
P.O. Box 2868
Boise, ID 83701

American Express
Box 0001
Los Angeles, CA 90096-8000

Arena Solutions
4100 E. 3rd Ave, Ste 300
Foster City, CA 94404

Adecco Technical
Dept CH 14091 Palatine
Palatine, IL 60055-4091

AMS Tech/Aqous
125 Maqueston Parkway South
Mount Vernon, NY 10550

ARM, Inc.
P.O. Box 601108
Los Angeles, CA 90060-1108

AICCO, Inc.
Department 7615
Los Angeles, CA 90084

Ann Arbor Hands-On Museum
220 E. Ann Street
Ann Arbor, MI 48104

Arrow Electronics
PO BOX 60000/File 21174
San Francisco, CA 94160-1174

ASCI, Inc
13246 W. Bluebell Dr.
Boise, ID 83713

Barton, Susan
1220 Peregrine Dr.
Middleton, ID 83644

BirdDog Digital
2137 Otis Drive #210
Alameda, CA 94501


at t
Payment Center
Sacramento, CA 95887-0001

Barza, Barbara
369 Hampton Road
Piedmont, CA 94611

Bishop, Jeremy
1428 Casa Grande St.
Pasadena, CA 91104


Atomic Direct
1219 SE Lafayette Street
Portland, OR 97202

Basic Intellectual Property Management
1700 N. Trail Creek Way
Eagle, ID 83616-4098

Blue Shield of CA
Cash Receiving 55331
Los Angeles, CA 90074-5331


Automatic Response Systems
1461 Eastshore Highway
Berkeley, CA 94710

Bates, Callie
1248 E Pisa St
Meridian, ID 83642

Board of Equalization
P.O. Box 942879
Sacramento, CA 94287


AV Concept Limited
6th Flr,Enterprise Square 3
39 Wang Chiu Road
Kowloon Bay
HONG KONG

Bauer Independents Ltd.
P.O.Box 835
Defiance, OH 43512

Bob Christopher
4 Soule Rd
Orinda, CA 94563


AVC Corp
20550 S. Denker Ave
Torrance, CA 90501-1645

Beene, Tisa
141 Basinside Way
Alameda, CA 94502

BPM
100 Pringle Ave,Ste 340
Walnut Creek, CA 94596


Axle Design
336 Rock Creek Way
Pleasant Hill, CA 94523

Big Boing, LLC
5515 Doyle Street, Suite 20
Emeryville, CA 94608

Brewer Builds
3517 Oak Knoll Blvd
Oakland, CA 94605


Baggerly, Ed
45 Longwood Court
San Ramon, CA 94582

Big Mouth PR
Big Mouth PR
Mill Valley, CA 94608

Brewer, Johnathan
3517 Oak Knoll Blvd
Oakland, CA 94605


Bannerman, Steve
3150 Pleasant Valley Road
Aptos, CA 95003

Bill Schwob Photography
5675-B Horton Street
Emeryville, CA 94608

Brightex Enterprises
Unit 714 Wing on Plaza 62
MODY Rd
tsim-sha-tsui Kow Loon
HONG KONG


Bard, Damon
1329 61st Street, Suite D
Emeryville, CA 94608

Bird    Bird
15 Fetter Lane
London EC4A1JP
GREAT BRITAIN

BroadSpire, Inc.
P.O. Box 8146
Northridge, CA 91327

Brown, Robert
114 Crescent Avenue
San Francisco, CA 94110

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Chan, Chamberlain Associates
Chan,Chamberlain   Assoc
Menlo Park, CA

Brownstein and Associates, Inc.
630 Ninth Ave Suite209
New York, NY 10036

Cambridge Technology LLC
PO Box 633
Meridian, ID 83680-0633

Chan, Yan

Bryantideas, Inc.
1500 N Locust Grove Ste. 100
Meridian, ID 83642

Canon
14904 Collections Center Dr.
Chicago, IL 60693

Chang, Al
199 New Montgomery, Unit 301
San Francisco, CA 94105

Buck, Jim
2601 E Red Cedar #201
Boise, ID 83716

Cantwell, Elizabeth
5626 Luwig Ave.
El Cerrito, CA 94530

Cheng UEI Precision Industry Co.,Lt
No. 18, Chung Shan Road
Tu-Cheng TPE
TAIWAN, R.O.C.

Burke-Ellet, Teresa H.
10674 Gossamer St
Nampa, ID 83687

Carey, Eileen
10 Tara Road
Orinda, CA 94563

Chiu, Ron
138 Jasmine Ct
Union City, CA 94587

Business Design Laboratory Co., Ltd
DesignCntrBldg7th Fl NADYA Pk
18-1 Sakae 3-Chome, Naka-ku
Nagoya-shi, Aichi 460-0008
JAPAN

Carolyn , Halstenson
1152 Victory Lane
Concord, CA 94520

Chocolate Communications
Westminster House
Kew Rd
Richmond TW9 2ND
UNITED KINDOM

Cable One
PO Box 78407
Phoenix, AZ 85062

Centaur North Inc.
c/o Centaur North Inc.
San Jose, CA 94085

Christopher, Bob
4 Soule Road
Orinda, CA 94563

CafePress.com
1850 Gateway Drive
San Mateo, CA 94404

Central Patent and Trademark Database
CD-CTI Limited
Krenova 40
CZ-60200 Brno
CZECH REPUBLIC

Chrysaid Group, The
Joe Crotty
4350 Delwood Dr.
Boise, ID 83709

Cahoon, James
12525 Bowmont Ct
Boise, ID 83716

Cesare, Laura G.
2495 E. Heathfield Ct.
Eagle, ID 83616

Chubb Group of Insurance Compan
P.O. Box 7777-1630
Philadelphia, PA 19175-1630

California Department of Corporations
320 W. Fourth
suite 750
Los Angles, CA 90013

Chabot Space    Science Center
10000 Skyline Blvd.
Oakland, CA 94619

Chung, Caleb
3460 Plantation River Drive
Boise, ID 83703

Cingular Wireless
P.O. Box 60017
Los Angeles, CA 90060-0017

Commonwealth of Pennsylvania
GREAT BRITAIN

Creative Sparks
Creative Sparks, LLC
Boise, ID 83702

Cision US, Inc.
PO Box 98869
Chicago, IL 60693

Complete Door Service
3623 Martin Luther King Way
Oakland, CA 94609

Crimson Consulting Group
4970 El Camino Real
Los Altos, CA 94022

Citrix Online, LLC
File 50264
Los Angeles, CA 90060-0017

Compu-Phase
Eerste Industriestraat 19-21

Cross Town Movers, Inc.
1419 N Eldorado St
Boise, ID 83702

City of Emeryville Finance Department
1333 Park Avenue
Emeryville, CA 94608

Computer Stop, Inc.
204 9th Ave South
Nampa, ID 83651

CT Corporation System
P O Box 4349
Carol Stream, IL 60197-4349

Climate Insulating Products
3349 Industrial Dr. #1
Santa Rosa, CA 95403-2024

Consumer Electronics Association
P.O. Box 37154
Baltimore, MD 21297-3154

Culligan
110 W. 31st
Boise, ID 83714

Cohen, Robert
3538 La Fontana Way
Boise, ID 83702

Contactual, Inc.
959 Skyway Suite 350
Can Carlos, CA 94070

Custom Connections, Inc.
P.O. Box 145
Meridian, ID 83680-0145

Cohn, Ted  (Harold E. Cohn)
8430 Castlehawk Court
Reno, NV 89523

Content Bureau
75 Donald Drive
Orinda, CA 94563

Custom Label
3392 Investment Blvd
Hayward, CA 94545

ComBots
1633 Florida Street
San Francisco, CA 94110

Continental Agency Inc.
535 Brea Canyon Road
Walnut, CA 91789

Cutting Edge networks,LLC
3313 W. Cherry Lane
Meridian, ID 83642

Comcast
P.O. Box 34227
Seattle, WA 98124-1227

Cooley Godward Kronish, LLP
101 California Street,
5th Floor
San Francisco, CA 94111-5800

d
1966 Drake Dr.
Oakland, CA 94611

Comm Tec Corporation
7Fl, No.118, Lane 235
Taipei
TAIWAN, R.O.C.

CounterPath, Inc.
505 Burrard St
Ste 300,One Bentall Centre
Vancouver, BC V7X 1M3
CANADA

Davis   Hanley Network Solutions
PO Box 85
Moraga, CA 94556

Davis, Peter E.
22639 Iris Avenue
Torrance, CA 90505

Department of Financial Institutions
Securities Division
Olympia, WA 98507

Dynamic Designworks, Inc.
2321 E. 28th Street
Signal Hill, CA 90755


Del Rio Enterprise
20353 Parkway, #11
Castro Valley, CA 94546

Department of Labor   Economic Growth
Ofc. of Financial   Ins.
Svs./Securities

E-Motion, SPA
Via Alessandria 43/A
10098 Rivoli
ITALY


Delaware Franchise Tax Agent
Delaware Franchise Tax Agent

DeVito, Adam
5515 Doyle Street, Suite 20
Emeryville, CA 94608

e-Storm International, Inc
530 Bush Street, Ste. 600
San Francisco, CA 94108


Delaware Secretary of State Vendor #51-6
1209 Orange Street
Wilmington, DE 19801

Digi International
Attn: Accounts payable
Minnetonka, MN 55343

Eagle Capital, LLC
3179 S. Whitepost Way
Eagle, ID 83616-6419


Dell Computers
C/O Dell USA L.P.
Pasadena, CA 91110

Digi-Key
PO Box 250
ThiefRiverFalls, MN 56701-0250

Eagle Mini Storage
P.O. Box 545
Eagle, ID 83616


Dell Financial Services
Payment Processing Center
Chicago, IL 60693

DiNicolantonio, Jim
48 Vita Ct.
Pleasant Hill, CA 94523

East Bay Business Times
6160 Stoneridge Mall Rd.
Suite 300
Pleasanton, CA 94588


Dell Financial Services-Lease Acct
Dell Financial Services
Carol Stream, IL 60197-5292

Diversified Risk Insurance Brokers
Insurance Brokers
Emeryville, CA 94608

East Bay Catering Co
386 Grand Ave
Oakland, CA 94610


Demaree, Julia
2200 West Crown Pointe
Nampa, IL 83651

Domenique Sillett Graphic Design
1480 Larkin Street #14
San Francisco, CA 94109

Easton, Michael
45 Hillcrest Drive
San Rafael, CA 94901


Department of Corporations
1515 K Street, Suite 200
Sacramento, CA 95814-4052

Dotson, Derek P
630 Kitty St
Newbury Park, CA 91320

Eccolo
1820 4th St.
Berkeley, CA 94710


Department of Finance, State of Idaho
P.O. Box 83720
Boise, ID 83720-0031

DUB Express, The
700 Alabama st.
San Francisco, CA 94110

eCosCentric
7BarnwellHouse,Barnwell Dr
Cambridge CB5 8UU
GREAT BRITAIN

eeDev
630 Kitty Street
Newbury Park, CA 91320

Expeditors Int'l - Los Angeles
5200 W. Century Blvd
Los Angeles, CA 90045

Finney Miniatures
12419 E 212 Street
Lakewood, CA 90715-2309

EH Publishing, Inc.
111 Speen Street
Framingham, MA 01701

Expeditors International
425 Valley Drive
Bribane, CA 94005

First Round Capital
589 Howard Street
San Francisco, CA 94105

Enhanced Telecommunications Data, Inc
P.O Box 44468
Boise, ID 83711

Expeditors Tradewin, LLC
Attn: Accounting Dept.
Seattle, WA 98104

Fisherkeller, Kurt T.
1164 Heavenly Drive
Martinez, CA 94553

Ens, Gerry
122 W Crestline Drive
Boise, ID 83702

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Five9, Inc.
7901 Stoneridge Drive
Pleasanton, CA 94588

Entropeneurs Law Group
388 Market St, Suite 400
San Francisco, CA 94111

Fenwick    West
File #73281
San Francisco, CA 94160

Flash Communications
6041 Girvin Drive
Oakland, CA 94611

eROI
505 NW Couch St Ste 300
Portland, OR 97209

Ferchland Consulting Partners GmbH
Steuerberatungsgesellschaft
Amstsgericht Munchen
HRB #162689 Karlsfeld, Bayern
GERMANY

Float Gallery
1091 Calcot Place #116
Oakland, CA 94606

ES Tech Limited
Unit 407-409, Inno Centre
Kowloon Tong
HONG KONG

Fernandez    Associates LLP
1047 El Camino Real Ste 201
Melon Park, CA 94205

Fond Express Int'l (SFO) Inc.
1166 Cherry Avenue
San Bruno, CA 94066

Escola, Mike
5837 Riverbank Circle
Stockton, CA 95219

Fiberpipe, Inc.
10215 W. Emerald
Boise, ID 83704

Fowler, Robert
4163 Dorman Road
Pleasanton, CA 94588

Essex, Ron
P.O.Box 72412
Oakland, CA 94612

FinanceStaff
300 Frank Ogawa Plaza
Oakland, CA 94612

Fox-Gieg, Nick animation
282-D Clinton St.
Toronto ON M6G 2Y6
CANADA

Event Technology Services
2051 West Walnut Hill Lane
Irving, TX 75038

Finney Jr., Jerry Delbert
12419 E. 212 Street
Lakewood, CA 90715-2309

Foxconn Global Service Division s.
U Zamecku 27
532 01 Pardubice
CZECH REPUBLIC

Foxconn Global Service Solutions Divisio
460 E. Lambert Rd
Fullerton, CA 92835

Gasper, Elizabeth
570 Piney Creek Road
Reno, NV 89511

GP1 International Ltd
8/F Gold Peak Building
Kwai Chung
HONG KONG


Foxlink
ChengUei PrecisionIndCoLtd
Industry Street, Dong Kang
CHINA

Gentle Giant Studios, Inc.
7511 N. San Fernando Road
Burbank, CA 91505

GreenBox Imaging, Inc.
2169FolsomSt Unit S-100
Dong Guan City
CHINA


Fraga, Mack
333 Willow Street #131
Alameda, CA 94501

Geomagic
PO Box 12219
ResearchTrianglePk, NC 27709

GREENS RESTAURANT
Building A
Fort Mason Center
San Francisco, CA 94123


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0551

Gleaton, Joshua
1315 W. Hays St.
Boise, ID 83702

Gregson, Dan
297 Yellowpine Place
Eagle, ID 83616


Frank, Rimerman Consulting
899 Adams St. Ste E
St. Helena, CA 94574

Glenroy, Inc.
BIN #075
Milwaukee, WI 53288

Greyson, Adam
Greyson Research
Boise, ID 83713


Freeman
3323 I H 35 North
San Antonio, TX 78219

Global Green USA
2218 Main Street, 2nd Floor
Santa Monica, CA 90405

GS1 US, Inc.
PO Box 71-3034
Columbus, OH 43271-3034


Frontier Management Group
15A-C, HuaMin Emplire Pl
728 YanAn Road (West)
Shanghai 200050
CHINA

Godden, Alex
1231 HBS Student Mail Center
Boston, MA 02163

Gunnwear Co. LLC.
1444 Falcon Rim Ct.
Eagle, ID 83616


Futurama Travel, Inc.
2332 S. El Camino real
San Mateo, CA 94403

GOEngineer
1787 East Ft.
CottonwoodHghts, UT 84121

Hai Ge Electron Technology Co, L
No.1506 D/F
First Interntnal
Dong Guan City
CHINA


Gadget Shop S.A., The
Shop 64, Brooklyn Mall
Pretoria 181
SOUTH AFRICA

Golden Gate Office Systems
828 Brannan Street
LeBlanc, CA 94103

HCC Embedded KFT
Vaci ut 110
Budapest 1132
HUNGARY


Garden Park Paleontology Society
330 Royal Gorge Blvd
Canon City, CO 81212

Google Inc.
PO Box 2050
Mountain View, CA 94042-2050

Hellings, Todd
3550 Market Street Apt. 204
San Francisco, CA 94131

High Performance Clean Inc.
2761 N. Big Sky Place
Eagle, ID 83616

Hub International of CA
400 Taylor Blvd., Suite #300
Pleasant Hill, CA 94523

Imada.com
3100 Dundee Road
Northbrook, IL 60062

High Road Media, Inc.
8115 McCormick Ave
Oakland, CA 94605

Hub Strategy
PO Box 29407
San Francisco, CA 94129

Ingram Micro Pty. Ltd.
Private Bag 20
Rosebery N.S.W. 1445
AUSTRALIA

Hitch, Martin
336 Hazelwood Avenue
San Francisco, CA 94127

Hunt, Casey
897 N Maple Grove Rd
Apt 204
Boise, ID 83704-1003

Inn at Spanish Bay, The
2700 17-Mile Drive
Pebble Beach, CA 93953

HLB BMS Corporate Services Limited
31/F Gloucester Tower
The Landmark
Central Hong Kong
HONG KONG

Hyield Venture Capital Co., Ltd
15F, No.207, Sec
Peishin Road
Hindian City, (23143) Taipai Hsieh,
TAIWAN, R.O.C.

Institute of Management Accountant In
10 Paragon Dr
Montvale, NJ 07645-1760

Hollis Street Project
P.O. Box 8685
Emeryville, CA 94662-0685

i-Robo
Office No.204, 2nd Floor
Ministry of Labor bldg.  Etihad Rd.
PO box 213 44    Dubai
UNITED ARAB EMIRATES

Integrated Services
1550 Whipple Road
Union City, CA 94587

Hon Hai Precision Industry Co.(Foxconn)
66 Chung Shan Rd.
Taipei Hsien, Tu-Cheung
TAIWAN, R.O.C.

IBM
1360 Boul Rene-Leves
Montral QC H3G 2W6
CANADA

InterCall
P.O.Box 281866
Atlanta, GA 30384-1866

Hon Hai Precision Industry Co.(Fullerton
Bank of America, File# 72669
San Francisco, CA 94103

ICorporation
824 W. Florida Avenue
Nampa, ID 83686

Intergration Linkage Technology Ltd
Unit 1   3, 20/F,
Aitken Van Centre
Kwun Tong Hong
HONG KONG

Hon Hai Precision Industry Co., Ltd
66, Chung Shan Rd
Tu-Cheng City
TAIWAN, R.O.C.

Idaho Dept of Commerce     Labor
317 W. Main Street
Boise, ID 83735-0610

Intermountain Gas Company
P.O. Box 64
Boise, ID 83732

Hoover, Christopher
1031 Doris Ct.
Alameda, CA 94501

Idaho Power
P.O. Box 34966
Seattle, WA 98124-1966

Internal Revenue Service

Hsieh, Pin
1599 S. Blaney Ave
San Jose, CA 95129

Idaho State Tax Commission
PO Box 76
Boise, ID 83707

InterTek
2307 East Aurora Road
Twinsburg, OH 44087

InterToy / Conf Lisle Associates Ltc
Brunswick Court
Victoria Street
West Yorkshire LS22 6RE
GREAT BRITAIN

Jericho Jplyn
188 Washington Ave.
San Leandro, CA 94577

Ken and Ann Company
1501 10th Street
Plano, TX 75074


Investors
**note name in memo**

Jetta Company Limited
JettaHouse,19 On Kim St
On Lok Tsuen
HONG KONG

Keiretsu Forum
3466 Mt Diablo Blvd.
Lafayette, CA 94549


Iota Localisation Services
Station Mews
LindsayGroveCrossgunsBridge
Dublin, Co Dublin 9
IRELAND

JMP Securitites LLC
600 Montgomery Street
San Francisco, CA 94111

King Horn Enterprises Ltd.
Rm 701, 7/F, Shatin Galleria
Fo Tan NT
HONG KONG


IP Legal Team
Dublin, Co Dublin 9
Boise, ID 83716

Jobfox
Dept CH 17476
Palatine, IL 60055-7476

Kleiss Gears, Inc.
390 Industrial Avenue
Grantsburg, WI 54840


Ippoliti, Mike
208 Pomona Ave
Long Beach, CA 90803

Joker AG
Industriezoen
Kerzers
SWAZILAND

Kleiss, Roderick E.
313 North Russell Street
Grantsburg, WI 54840


Irell   Manella LLP
P.O. Box 51167
Los Angeles, CA 90051-9783

Jorgenson, Kevin
2601 Adeline Street #204
Oakland, CA 94607

KPMG LLP
Dept 0564
Dallas, TX 75312


Issa Group, Inc., The
4101 24th Street #533
San Francisco, CA 94114

Kaiser Foundation Health Plan, Inc.
P.O. Box 6000
San Francisco, CA 94160-3030

Labor Commissioner, State of Calif
1515 Clay st #801
Oakland, CA 94612-1499


J C Hobbies
PO Box 17068
Pittsburg, PA 15235

Kammeraad, Darby
3405 Petite Sirah
Bakersfield, CA 93306

Lanesplittler


Jabra
75 Northeastern Blvd.
Nashua, NH 03062

Kawai   Associates
302 Parnassus Seijo
Tokyo
JAPAN

Langlais, Peter
512 Merrit Avenue #1
Oakland, CA 94610


Jeffrey Parker   Company
European Trademark Attorneys

Kei Kong Electronics, Ltd.
zuniy 7-11 9/fl, NewCommerceCtr
19 On Sum Street
Sui Lek Yuen, Shatin, NT
HONG KONG

Lau, Daniel
4223 Diavila Ave.
Pleasanton, CA 94588

Lau, Kitty
HONG KONG

Lithographics, Inc
100 W. 32nd Street
Garden City, ID 83714

ManPower
21271 Network Place
Chicago, IL 60673

Laun, Eric
(Bluebird software)
739 Hillcrest
Monrovia, CA 91016

Livingston, Alex
309A Duncan Street
San Francisco, CA 94131

MarketTools
150 Spear St. Ste. 600
San Francisco, CA 94105

Laurel's Data Entry
6041 Girvin Drive
Oakland, CA 94611

Lohier, Frantz
7448 Potrero Ave.
El Cerrito, CA 94530

Marketwire
200 N. Sepulveda Blvd.
El Segundo, CA 90245

Lazarovitz, Sheldon S.
Barrister   Solicitor

Lopez, Tony
2909 San Luis Street
Richmond, CA 94804

Marsh Interiors
3850 San Pablo Avenue,
Suite 104
Emeryville, CA 94608

Le, Trang
8146 Canyon Creek Dr
Pleasanton, CA 94588

Lucero, Lynda
30 Rancheria Road
Kentfield, CA 94904

Masaku's Janitorial Services
4251 Bay Street #117
Fremont, CA 94538

Lee, Leena

Lui, Terence
1207 Lincoln Ave
Burlingame, CA 94010

Mastro, Elizabeth
1200 65th Street #210
Emeryville, CA 94608

Lee, Terence

Lundberg, John
1085 N. Beachwood Place
Eagle, ID 83616

Matthew Williams Design
1450 4th Street, Studio 9
Berkeley, CA 94710

Lenovo
CHINA

Lundberg, John   AKA Vision Design Works
1085 N Beachwwod
Eagle, ID 83616

Maxima Capital Management, Inc.
10F-3, No. 89 Seng Ren Rd
Taipei
Taiwan
ROC

Leong, David R.
6530 Fulton Street
San Francisco, CA 94121-3334

M C Kft.
Budapest 1119
Nandorfejervari ut 36-406A
HUNGARY

Mayer, Steven
2170 Jackson Street
San Francisco, CA 94115

Lincoln National Financial Group, The
P.O. Box 0821
Carol Stream, IL 60132-0821

Malek, Mohammed   / Accurate Notary Public
864 Stanford Ave
Emeryville, CA 94608

Mayflower Travel
1166 Cherry Ave.
San Bruno, CA 94066

MCA
CAP 18 Alle A Batiment
189 rue d'Aubervilliers
Paris 75018
FRANCE

Micro Pro Electronics, Inc.
14881 Evergreen Ave
Clearwater, FL 33762

Morrissey, Ann Heller
42 Manzanita Ave.
San Francisco, CA 94118


McCracken, Larry
1491 Medallion Drive
San Jose, CA 95120

Miller, Ross
2680 E Greentree Ct
Eagle, ID 83616

Moye, Lawrence


McNish, Alex
835 West Victory Road
Meridian, ID 83642

Miller, Glenn
10491 W. Springdale St.
Boise, ID 83704

National Registered Agents, Inc.
PO Box 927
West Windsor, NJ 08550-0927


McVey, John
10740 W. Pattie Street
Boise, ID 83713

Minter Ellison
15th Floor Hutchison House
Central Hong Kong
HONG KONG

Nesvacil, Nicola
4109 Alhambra Way
Martinez, CA 94553


Melita Group, The
2350 Mission College Blvd.
Suite 550
Santa Clara, CA 95054

MinuteMan Inc.
230 N. Main
Meridian, ID 83642

Network World
P. O. Box 414135
Boston, MA 02241-4135


Menagerie Productions
250 Napoleon Street, Unit J
San Francisco, CA 94124

Miscellaneous
**note vendor in memo**

News About You, LLC
4102 Cadillac Ct.
Louisville, KY 40213


Meta Motion
4105 Montogomery St. #16
Oakland, CA 94611

Monster Effects
7338 Valjean Avenue
Vannys, CA 91406

Next Technologies
PO Box 3248
AUSTRALIA


Method Inc.
972MissionSt,2nd Fl
San Francisco, CA 94103

Montague-Sauriol, LLC
199 Rooster Drive
Eagle, ID 83616

Ngoc's Office Works
4141 Pestana Place
Fremont, CA 94538


MetLife
P.O. Box 804466
Kansas City, MO 64180-4466

Monterey Pathways, LLC
1061 Monterey Ave
Berkeley, CA 94707

Nigel Siu Tuong
43201 Sumter Avenue
Fremont, CA 94538


Michael LaMotte Studios, Inc.
424 Treat Ave., Suite B
San Francisco, CA 94110

Morales, Teresa
PO Box 44681
Rio Rancho, NM 87174

Nisco, Summer
1596 Ramona Way
Alamo, CA 94507

Noetic Design Inc. (Pete Skeggs)
25 NW 23rd Place
Portland, OR 97210-5599

Pacific Gas
8505 Eastlake Drive
Burnaby BC V5A 4T7
CANADA

PCZ Professional, Inc.
1615 Webster Street
Oakland, CA 94612

Norm Marshall   Associates, Inc.
11059 Sherman Way
Sun Valley, CA 91352

Pacific Wealth Consultants, Ltd
7-5,Sekido 1-chome
Tamashi
Tokyo 206-8550
JAPAN

Peake, Rik
1019 Willow Street
Alameda, CA 94501

OCC Corporation
1091 Calcot Place, Suite 102
Oakland, CA 94606

Page, David
25145 CheRanda Lane
Middleton, ID 83644

Pensel, Ed
101 Hedwig Ct.
Cary, NC 27518

Octaviano, Cirilo
305 Keats Circle
Pleasant Hill, CA 94523

Palermo, Breanna

People Connect
57 Gable Court
San Rafael, CA 94903

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Pantene Industrial Co., Ltd
Unit 2705-6 Vicwood Pl
199 Des Voeux Road
Central Hong Kong
HONG KONG

Perspective Branding
134 Linden Street
Oakland, CA 94607

Office Funiture Pros

Papalexis, Christine
2125 Baxter Street
Los Angeles, CA 90039

PG E
Box 997300
Sacramento, CA 95899-7300

OfficeTeam
File 73484
San Francisco, CA

ParaType, Inc.
PO Box 3617
Saratoga, CA 95070-1617

Phelon Group, The
228 Hamilton Ave.
Palo Alto, CA 94301

Orange County Container Group
13400 E. Nelson Avenue
CityofIndustry, CA 91746

Patera Inc

Pin USA LLC
dba: Pin USA LLC
San Jose, CA

Origin Design
106 North 6th Street
Boise, ID 83702

Pathom, John
4506 Edgewood Ave.
Oakland, CA 94602-1402

PitneyBowes
P.O.Box 856042
Louisville, KY 40285-6042

P.H.Travel Consultants LTD.
Basing Barnes
Sages Lane
Privatt, Hants, GU34 3QA
UNITED KINGDOM

Paychex
7355 N. Palm Ave., Suite 100
Fresno, CA 93711-5726

Pitt Mawitt Enterprise Co., Ltd
No.20 Lane 872
Chung San South Rd
Yung Kang City TPE
TAIWAN, R.O.C.

Planetmagpie
One W. Campbell Ave.
Campbell, CA 95008

Quantum Research Group
Accounts
Waterford, CT 06385

Richter, Ronald J.
5736 N. Collister
Boise, ID 83703

Polit, Prema
5571 Marshall St
Oakland, CA 94608

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Right Management
P.O. Box 8538-388
Philadelphia, PA 19171-0388

PR Newswire Association, LLC
G.P.O. Box 5897
New York, NY 10087-5897

Qwest
PO 173638
Denver, CO 80217-3638

Ristagno, Trisha
4600 Adeline Street, # 103
Emeryville, CA 94608

Precision Constructors
25158 Kingsbury Road
Middleton, ID 83644

R Squared Digital Media, Inc
Eric Regner
1013 Winding creek drive
Eagle, ID 83616

Roadway Express
P.O. Box 100129
Pasadena, CA 91189-0129

Protogenic, Inc.
1490 West 121st Avenue
Westminster, CO 80234

Radford Surveys    Consulting
PO Box 100137
Pasadena, CA 91189-0137

Robert Marketplace, The
PO Box 20022
Bradenton, FL 34204

Prototypes Plus, Inc.
162 Constitution Drive
Menlo Park, CA 94025

Radley, Gordon
17 Channing Way
Sausalito, CA 94965

Roda Group, The
918 Parker St, Ste A-14
Berkeley, CA 94710

Proxy A/S
Vesterbrogade 35
2nd Floor DK-1620
Kobenhavn V
DENMARK

Rain Forest, The
5733 San Leandro Street
Oakland, CA 94621

Rowe, Richard
9474 Snow Creek Cir.
Stockton, CA 95212

QRG, Ltd.
Unit1 MitchellPt. EnsignWay
Southampton, Hampshire, SO31 4RF
UNITED KINGDOM

Rees, David
2540 1/2 Foothill Drive
Vista, CA 92084

Run Think Measure, Inc.
2115 Rockridge Way
Boise, ID 83712-8414

Quality Communications Inc.
212 Murray Street
Boise, ID 83714

Register of Copyrights
PO Box 70400
Washington, DC 20024

SalesForce.com
Po Box 842569
Boston, MA 02284-2569

Quan, Long

Reyes, Henry
9932 Carrara Circle
Cypress, CA 90630

Sanwa Toys Development Co., Ltd
HK Office
HONG KONG

Sazo, Lena
505 Ironwood Road
Alameda, CA 94502

Senaho, LLC
P.O. Box 86643, Dept A
Chicago, IL 60680

Shred-It Boise
2668 S. Cole Road
Boise, ID 83709

SCCS Systems
112 E. Victory Road
Meridian, ID 83642

Sentry Alert Inc.
1240 Sixth Street
Berkeley, CA 94710-1464

Shrestha, Barsha
5125 W. Bloom Street
Boise, ID 83703

Science Museum Oklahoma
2100 N.E. 52nd Street
Oklahoma City, OK 73111

Servo Magazine
P.O. Box 15277
NorthHollywood, CA 91615

SmartLift s.r.o.
ENSYSCorp,Arango-OrillacBldg
2ndFl, E 54th St,POBox0832-0886W
PANAMA

SD Card Association
2400 Camino Ramon, Suite 375
San Ramon, CA 94583

Shadow Robo

Softeq
1175 Willow Ave.
Sunnyvale, CA 95129

Seapine Software
5412 Courseview Dr. Ste.200
Mason, OH 45040-2389

Shadrick, Nancy
9627 Shimizu River Circle
FountainValley, CA 92708

Solid Design
5515 Doyle Street
Emeryville, CA 94608

Seascape
One Seascape Resort Drive
Aptos, CA 95003

Shapiro Buchman Provine     Patton LLP
1333NorthCaliforniaBlvd, S
Suite 350
Walnut Creek, CA 94596

Sosoka III, John
1537 N Watson Way
Eagle, ID 83616-7015

Secretary of State - State of CA
Stmt of Information Unit
Sacramento, CA 94244

Sharper Image
350 Embarcadero
San Francisco, CA 94105-1218

Sosoka, John
1537 N. Watson Way
Eagle, ID 83616-7015

Securities Commission
Eastgate Office Building
Harrisburg, PA 17102

Sheryl L. Meyer
395 Cranmer Drive
Meridian, ID 83642

Southworth, Nathaniel
5 Pendenza
Cobham
Surrey
GREAT BRITAIN

SEGGER Microcontroller Systems, LLC
9 Bartherick Road
Westminister, MA 01473

Shiau, Chin
11549 Raintree Spring Ct
Cupertino, CA 95014

Spectrum Rep Company, Inc.
31324 Via Colinas, #112
WestlakeVillage, CA 91362

Senario
1725 Kilkenny Court
Woodstock, IL 60098

Shift Communications LLC
20 Guest St. Ste 200
Brighton, MA 02135-2040

Spirit of Toys, The
2 Sanford Road #4
Nantucket, MA 02554

State Board of Equalization

Swanson, Douglas A.
9352 W. Dearfield DP
Eagle, ID 83616

Tom, Danny
225 Oak Road
Alamo, CA 94507


State of New Jersey, Bureau of Securitie
P.O. Box 47029
Newark, NJ 07101

T.C. Transportation, Inc.
PO Box 2426
S. SanFrancisco, CA 94083

Tontek Design Technology Ltd
6F No.166 Chien I Road
Chung Ho City TPE
TAIWAN, R.O.C.


Stern, Diana
6041 Girvin Dr
Oaland, CA 94611-2458

Taleo
4140 Dublin Blvd
Dublin, CA 94568

Top Toy (Hong Kong) Ltd.
Room 1105, 11/F
Central Plaza
Wanchai
HONG KONG


Stetron International Inc.
90 Broadway
Buffalo, NY 14203

Tamara L. Thompson, Esq.
229 Brannan Street Suite 18G
San Francisco, CA 94107

Torre, Kimarie
1875 Sacramento St. Apt 3
San Francisco, CA 94109


Studio B
Attn: David Collier
2121 Bonar Street, Studio B
Berkeley, CA 94702

Tanedo, Fernand

Toy Partner
Avenida Barcelona
109- 1A Planta
08970 Sant Joan Despi BA
SPAIN


Studio III
121 S. Five Mile Road
Boise, ID 83709

Tango Graphics
938 S. Amphlett Blvd.
San Mateo, CA 94402

Trademark Public Relations GmbH
Goethestr. 66
80336 Munchen
GERMANY


Su, Jesse
Five Star International
Los Altos, CA

Taylo, Tim
Taylor Services
San Francisco, CA

Trans World Freight System Corp
155-11 146 Ave
Jamaica, NY 11434


Suarez, Rafael
5621 Fleming Ave
Oakland, CA 94605-1127

TechDepot
PO Box 33074
Hartford, CT 06150-3074

TRG-Technology Resource Group
Attn: Jared Souer
3033 Excelsior blvd.
Minneapolis 55416, MN 55416


Sunny Data / Time System Trading
Fl. 6, NO. 2, Lane 74, Sec.2
TAIWAN, R.O.C.

TechHelp
1910 University Drive
Boise, ID 83725

TRIAD Technologies Ltd., Co.
11F-1, No. 147
Dashun 2nd RD, Sanmin
TAIWAN, R.O.C.


Superior Press
11930 Hamden Place
SantaFeSprings, CA 90670

TLSzulc
2851 Fillmore Street #6
San Francisco, CA 94123

Tu, Kwok
1378 Coppa Court
San Leandro, CA 94579

tw telecom
PO Box 172567
Denver, CO 80217-2567

US Voice
Walnut Creek, CA 94595-1178

Vorel Company LLC
22371 Sunbrook
Mission Viejo, CA 92692

Ucube / Comm Tec Corporation
Attn: Lobo Chang
Bao-Chiao Rd TPE
TAIWAN, R.O.C.

USB Implementors Forum, Inc.
3855 SW 153rd Drive
Beaverton, OR 97006

VSP
P.O. Box 45210
San Francisco, CA 94145

UGBA
3F, No 28, Lane 128
JingYe 1st Rd
Taipei 104
TAIWAN, R.O.C.

Utz, Clayton

Wailly Technology Limited
Fook Hong Industrial Bldg.
Kowloon Bay
HONG KONG

Ugobe Asia Ltd.
3F, No 28
Jing Taipei
TAIWAN, R.O.C.

VES D
81 K Marx Av. Of. 15
Dnepropetrovsk 49000
UKRAINE

Wallpaper Warehouse
8017 Fairview Ave
Boise, ID 83704

Ugobe, Inc. Boise
335 S. Edgewood Lane,
Suite 140
Eagle, ID 83616

Vigor Precision, Ltd
8th Fl, Flat A1, A4-A8
8/F Block A
Texaco Road Industrial Center 256-264
HONG KONG

Walquist, Brent   / Beta Media Gro
Brent Walquist
497 5th ave.
Brooklyn, NY 11215

Uline Shipping Supply Specialists
2200 S. Lakerside Drive
Waukegan, IL 60085

Vincent M. DePalma, PhD
7181 Scarsdale Place
San Jose, CA 95120

Wang    Wang
455 Market Street
San Francisco, CA 94105

UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

VisaRite Services
460 Van Emburgh Ave
Ridgewood, NJ 07450

Wang, Ellen
6 Marlin Cv
Oakland, CA 94618-2323

Upstream Austrailia
Level 10, 32 martin Place
Sydney NSW 2000
AUSTRALIA

Viscom Technical Publications, Inc.
10822 Bodley Street
Boise, ID 03709

Ward, Brigitte
120 Dynamic Drive unit 22

Uptime Resources
497 Carolina Street
San Francisco, CA 94107

Vivid Imaginations
Ashbourne House
GU GUS1LS
GREAT BRITAIN

Washburn, Charles
2744 Morgan Dr.
San Ramon, CA 94583

US Department of State
National Passport Processing
Philadelphia, PA 19101

Vivien Chan    Co.
58/F, Two International
Finance Centre
8 finance street
Central Hong Kong

Wells Fargo
P.O. Box 6995
Portland, OR 97228-6995

Wells Fargo Business Card
Payment Remittance Center
Los Angeles, CA 97228

Wyel, Willem Van
Critical Path Technologies
Jamestown, CA 95327

Wen, Andrew
5822 Ivanhoe Rd
Oakland, CA 94618

XEODesign
5273 College Ave, Suite 201
Oakland, CA 94618

Wide Eye Productions, Inc.
1018 W Hays St.
Boise, ID 83704

Zarian Midgley    Johnson PLLC
University Plaza 960
S. Broadway Ave.
Boise, ID 83706

Williams, Stephanie
9250 Leavitt Street
Boise, ID 83704

Zeller International
15261 State Highway 30
Downsville, NY 13755

Wilson, Maisha
6669 Sobrante Rd.
Oakland, CA 94611

Zietsman, Andre P.R.
1145 8th Street
Hermosa Beach, CA 90254

Wilson, Mondre Lee
2334 Park Blvd, #3
Oakland, CA 94606

Wilson, Tyler W.
6776 Warboy Rd
Byron, NY 14422

Wired
PO Box 37704
Boone, IA 50037-0704

Wooldridge, Diana
1077 Polk St. #1
Eugene, OR 97402

Wu    Partners
10F. 214 Tun Hwa North Road
TAIWAN, R.O.C.

# United States Bankruptcy Court
### District of Idaho

In re    Ugobe, Inc.

_____    Case No. _____
                                    Debtor(s)        Chapter    7 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ugobe, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Pacific Wealth Consultants, Ltd.
7-5, Sekido 1-chome
Tamashi
Tokyo 206-8550
JAPAN

☐ None [*Check if applicable*]

April 17, 2009
_____            /s/ Bruce G. MacIntyre
Date                                        _____
                                            Bruce G. MacIntyre
                                            Signature of Attorney or Litigant
                                            Counsel for    Ugobe, Inc.
                                            _____
                                            Perkins Coie LLP
                                            1201 Third Avene
                                            Suite 4800
                                            Seattle, WA 98101-3099
                                            206-359-8000 Fax:206-359-9000